Jordan K. Cameron (12051)
**CAMERON RINGWOOD, LC**
6975 Union Park Ave, Suite 600
Cottonwood Heights, UT 84047
Telephone: (385) 463-2425
jordan@cameronringwood.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHANNON ARNSTEIN, et al.<br><br>Plaintiff,<br><br>vs.<br><br>SUNDANCE HOLDINGS GROUP, L.L.C.,<br><br>Defendant. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br><br>Civil No. 2:24-cv-00344-RJS<br><br>Judge Robert J. Shelby |

COMES NOW, Jordan K. Cameron, of Cameron Ringwood LC, and hereby makes his appearance as counsel for Defendant, and requests that copies of all future pleadings and papers be served upon him by service and delivery at the following address:

> Cameron Ringwood, LC
> Jordan K. Cameron
> 6975 South Union Park Avenue
> Suite 600
> Cottonwood Heights, UT 84047
> Telephone: (385) 463-2425
> *jordan@cameronringwood.com*

DATED this 4th day of June 2024,

                                          **CAMERON RINGWOOD, LC**
                                          By: /s/ Jordan K. Cameron
                                          Jordan K. Cameron
                                          Attorneys for Plaintiff