Jordan K. Cameron (12051)
**CAMERON RINGWOOD, LC**
6975 Union Park Ave, Suite 600
Cottonwood Heights, UT 84047
Telephone: (385) 463-2425
jordan@cameronringwood.com

*Attorney for Defendant*

---

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHANNON ARNSTEIN, et al.<br><br>Plaintiff,<br><br>vs.<br><br>SUNDANCE HOLDINGS GROUP, L.L.C.,<br><br>Defendant. | **STIPULATION EXTENDING DEADLINE TO RESPOND TO COMPLAINT**<br><br>Civil No. 2:24-cv-00344-RJS<br><br>Judge Robert J. Shelby |

Plaintiffs and Defendant, by and through their undersigned counsel, respectfully file this stipulation for an extension of time for Defendant to respond to Plaintiffs' *Complaint*.

The current response deadline is June 6, 2024. The Parties have conferred and agreed to extend the deadline by fourteen days to June 20, 2024.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Defendant's deadline to respond to the *Complaint* shall be June 20, 2024.

DATED this 4th day of June 2024,

                                                 **CAMERON RINGWOOD, LC**
By: /s/ Jordan K. Cameron
Jordan K. Cameron
Attorneys for Defendant

**So Stipulated**:

**PETERS | SCOFIELD**
By: /s/ David W. Scofield
David W. Scofield
Attorneys for Plaintiffs