DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone:  (801) 322-2002
Facsimile:  (801) 912-0320
E-Mail:  dws@psplawyers.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| SHANNON ARNSTEIN; DANA BASSETT; DEBRA MACKLIN; and ELIZABETH WUEBKER, individually and on behalf of all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>SUNDANCE HOLDINGS GROUP, L.L.C.,<br><br>**Defendant.** | MOTION FOR PRO HAC VICE ADMISSION OF ELLIOT O. JACKSON<br><br><br>Case No. 2:24-cv-00344-RJS<br><br>Chief Judge Robert J. Shelby |

I move for the pro hac vice admission of <u>Elliot O. Jackson</u> as counsel for <u>Plaintiffs and the putative class</u>, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits A and B, respectively, and the admission fee will be paid to the court at the time of filing. I

certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED this 4th day of June 2024.

                                                   Respectfully submitted,

                                                   **PETERS | SCOFIELD**
                                                   *A Professional Corporation*

                                                   <u>/s/ David W. Scofield</u>
                                                   DAVID W. SCOFIELD