

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**APPLICATION FOR PRO HAC VICE ADMISSION**

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | David W. Scofield - 4140 |
| Firm: | Peters | Scofield, A Professional Corporation |
| Address: | 7430 Creek Road, Suite 303 |
| | Sandy, UT 84093 |
| Telephone: | 801-322-2002 |
| Email: | dws@psplawyers.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Elliot O. Jackson |
| Firm: | Hedin LLP |
| Address: | 1395 Brickell Avenue, Suite 1140 |
| | Miami, FL 33131 |
| Telephone: | 305-357-2107 |
| Email: | ejackson@hedinllp.com |

An applicant who intends to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

### STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Florida | 1034536 | 2/17/2022 |
| New York | 6076798 | 11/8/2023 |
| | | |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?      ☐ Yes          ☒ No

If yes, please explain:

| |
|---|
| |

1

# EXHIBIT A

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
## IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|-----------|-------------|-------------------|
|           |             |                   |
|           |             |                   |
|           |             |                   |
|           |             |                   |
|           |             |                   |
|           |             |                   |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

Elliot Jackson
Digitally signed by Elliot Jackson
Date: 2024.06.03 11:03:31 -04'00'
_____
Signature

June 3, 2024
_____
Date