THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| SHANNON ARNSTEIN; DANA BASSETT; DEBRA MACKLIN; and ELIZABETH WUEBKER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>SUNDANCE HOLDINGS GROUP, L.L.C.,<br>　　　　　　　Defendant. | ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION OF ELLIOT O. JACKSON<br><br>Case No. 2:24-cv-00344-RJS |

　　Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Elliot O. Jackson. Based on the motion and for good cause appearing,

　　**IT IS HEREBY ORDERED** that the motion is GRANTED/DENIED.

DATED this ____ day of June, 2024.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Robert J. Shelby
　　　　　　　　　　　　　　　　　　　　United States District Chief Judge

EXHIBIT B