# Exhibit A

1 Start  2 Results  3 Data Card  4 Request  5 Finished

# Sundance Catalog Mailing List

Sundance Catalog is renowned for its rich assortment of handcrafted art-inspired merchandise reflecting the heritage and diversity of the American West.

[Get Count]  [Get Pricing]  [Get More Information]

| SEGMENTS | | COUNTS THROUGH 05/02/2024 |
|---|---|---|
| 552,441 | TOTAL UNIVERSE / BASE RATE | $120.00/M |
| 73,114 | 1 MONTH BUYERS | + $26.00/M |
| 119,059 | 3 MONTH BUYERS | + $20.00/M |
| 229,625 | 6 MONTH BUYERS | + $15.00/M |
| 327,642 | 12 MONTH BUYERS | + $10.00/M |
| | FUNDRAISERS / PUBLISHERS | $75.00/M |

| POPULARITY: | ●●●●● 100 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | ✉ |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | PREFERRED PROVIDER |
| GEO: | USA |
| GENDER: | 81% FEMALE 20% MALE |
| SPENDING: | $185.00 AVERAGE ORDER |

## DESCRIPTION

**Audience Profile**

Since the first catalog mailed in 1989, Robert Redford's *Sundance* Catalog has become domestically and internationally renowned for its rich assortment of handcrafted art-inspired merchandise reflecting the heritage and diversity of the american west. The catalog features a wide assortment of products, many of which are handcrafted by local artists and exclusive to *Sundance*. Products include casual apparel, unique jewelry, leather shoes and handbags, home furnishings and accessories, as well as distinctive gift items.

**Demographics**

Average Age: 57

Average Income $165,000

**Marketing Insight**

Sundance buyers are responsive to a variety of offers, including home decor, gifts, apparel and accessories, epicurean, general merchandise, financial, travel, insurance and publishing. In addition, they donate to a variety of non-profit sectors that include environmental, cultural, humane services and animal welfare.

http://www.sundancecatalog.com

| SELECTS | |
|---|---|
| $100+ BUYERS | $42.00/M |
| $150+ | $47.00/M |
| $200+ | $52.00/M |
| $50+ BUYERS | $27.00/M |
| $75+ BUYERS | $32.00/M |
| 1 MONTH HOTLINE | $26.00/M |
| 12 MONTH HOTLINE | $10.00/M |
| 3 MONTH HOTLINE | $20.00/M |
| 6 MONTH | $15.00/M |
| ETHNIC | $15.00/M |
| GENDER | $8.00/M |
| GEO | $10.00/M |
| LIFESTYLE | $15.00/M |
| NON RECIPROCAL FEE | $25.00/M |
| OMIT HOUSEFILE | $50.00/F |
| PRODUCT | $15.00/M |
| PURCHASE | $10.00/M |
| RELIGION | $15.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | $3.50/M |
| EMAIL | $75.00/F |
| FTP | $75.00/F |

**RELATED LISTS**

- POETRY
- WRAP/POETRY MASTERFILE
- WRAP LONDON
- PERUVIAN CONNECTION
- WILAND CATALOG/ONLINE BUYERS DATABASE
- VIVATERRA (VIVA TERRA)
- AT WEST END
- FRONTGATE
- GORSUCH
- SIGNALS

## ORDERING INSTRUCTIONS

- To order this list, contact your List Broker and ask for NextMark List ID #596762 or click here to place your request.
- Use NextMark List Order Entry Software or Bionic Media Planning Software
- 5,000 NAME MINIMUM ORDER $650.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($10.00/M RUN CHARGE)
- EXCHANGE IS AVAILABLE
- REUSE IS AVAILABLE

[Get Count]  [Get Pricing]  [Get More Information]