Jordan K. Cameron (12051)
**CAMERON RINGWOOD, LC**
6975 Union Park Ave, Suite 600
Cottonwood Heights, UT 84047
Telephone: (385) 463-2425
jordan@cameronringwood.com

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHANNON ARNSTEIN, et al.<br><br>Plaintiff,<br><br>vs.<br><br>SUNDANCE HOLDINGS GROUP, L.L.C.,<br><br>Defendant. | **STIPULATED MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO AMENDED COMPLAINT**<br><br>Civil No. 2:24-cv-00344-RJS<br><br>Judge Robert J. Shelby |

Plaintiffs and Defendant, by and through their undersigned counsel, respectfully file this stipulation for an extension of time for Defendant to respond to Plaintiffs' *Amended Complaint*. Defendant recently retained new national counsel who will be actively involved in the litigation of this matter. To accommodate new counsel, Defendants agreed to extend the current deadline from July 5, 2024 to July 19, 2024.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Defendant's deadline to respond to the *Complaint* shall be July 19, 2024.

1

DATED this 3rd day of July 2024,

          **CAMERON RINGWOOD, LC**
          By: /s/ Jordan K. Cameron
          Jordan K. Cameron
          Attorneys for Defendant

**So Stipulated**:

**PETERS | SCOFIELD**
By: /s/ David W. Scofield
David W. Scofield
Attorneys for Plaintiffs