Jordan K. Cameron (12051)
**CAMERON RINGWOOD, LC**
6975 Union Park Ave, Suite 600
Cottonwood Heights, UT 84047
Telephone: (385) 463-2425
jordan@cameronringwood.com

*Attorney for Defendant*

---

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHANNON ARNSTEIN, et al.<br><br>Plaintiff,<br><br>vs.<br><br>SUNDANCE HOLDINGS GROUP, L.L.C.,<br><br>Defendant. | **MOTION FOR PRO HAC VICE ADMISSION OF LIZ CLARK RINEHART**<br><br>Civil No. 2:24-cv-00344-RJS<br><br>Judge Robert J. Shelby |

  I move for the pro hac vice admission of Liz Clark Rinehart ("Applicant") as counsel for the Defendant, and I consent to serve as local counsel. I am an active member of this Court's bar.

  The application and proposed order are attached as exhibits respectively, and the admission fee will be paid to the Court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

1

DATED this 16th day of July 2024,

                                    **CAMERON RINGWOOD, LC**

                                    By: /s/ Jordan K. Cameron
                                    Jordan K. Cameron
                                    Attorneys for Plaintiff

## Certificate of Service

    I, the undersigned, hereby certify that on this 16th day of July 2024, I served the foregoing on the following via the court's electronic filing system:

FRANK S. HEDIN
ELLIOT O. JACKSON
HEDIN LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com
ejackson@hedinllp.com

DAVID W. SCOFIELD
PETERS | SCOFIELD
A Professional Corporation
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone: (801) 322-2002
Facsimile: (801) 912-0320
E-Mail: dws@psplawyers.com

                                                                         /s/ Jordan K. Cameron