# EXHIBIT A

EXHIBIT A



# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Jordan Cameron (12051) |
| Firm: | Cameron Ringwood, LC |
| Address: | 6975 S. Union Park Ave., Suite 600 |
| | Cottonwood Heights, UT 84047 |
| Telephone: | 385-463-2425 |
| Email: | Jordan@cameronringwood.com |
| | |
| Pro Hac Vice Applicant: | Elizabeth Catherine Rinehart |
| Firm: | Venable LLP |
| Address: | 750 East Pratt Street, Suite 900 |
| | Baltimore, MD 21202 |
| Telephone: | 410-528-4646 |
| Email: | Lcrinehart@venable.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☒ Motion/Reciprocal

### STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| State of Maryland | 1512160209 | 12/16/2015 |
| District of Columbia | 1617790 | 5/20/2019 |
| U.S. District Court for the District of Maryland | 19638 | 6/23/2016 |
| U.S. District Court for the District of Columbia | 1617790 | 7/7/2020 |
| U.S. Court of Appeals, D.C. Circuit | 62492 | 6/30/2020 |
| U.S. Court of Appeals, Second Circuit | | 5/12/2023 |
| U.S. Court of Appeals, Fourth Circuit | | 6/23/2016 |
| U.S. Court of Appeals, Sixth Circuit | | 11/19/2018 |
| U.S. Court of Appeals, Seventh Circuit | | 6/7/2024 |

| | | |
|---|---|---|
| U.S. Court of Appeals, Ninth Circuit | | 2/19/2019 |
| U.S. Court of Appeals, Eleventh Circuit | 394883633 | 12/22/2021 |
| Supreme Court of the United States | 316046 | 5/2/2022 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?  ☐ Yes   ☒ No

If yes, please explain:

N/A

### LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

N/A

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |

3

| | | |
|---|---|---|
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____  
Signature

7/16/2024  
Date