# EXHIBIT B

EXHIBIT B

Jordan K. Cameron (12051)
**CAMERON RINGWOOD, LC**
6975 Union Park Ave, Suite 600
Cottonwood Heights, UT 84047
Telephone: (385) 463-2425
jordan@cameronringwood.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHANNON ARNSTEIN, et al.<br><br>Plaintiff,<br><br>vs.<br><br>SUNDANCE HOLDINGS GROUP, L.L.C.,<br><br>Defendant. | **ORDER GRANTING PRO HAC VICE ADMISSION**<br><br>Civil No. 2:24-cv-00344-RJS<br><br>Judge Robert J. Shelby |

Before the Court is Local Counsel's *Motion* for Pro Hac Vice Admission of Liz Clark Rinehart. Based on the motion and for good cause appearing.

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED this ___ day of July 2024,

BY THE COURT:

_____
HONORABLE ROBERT J. SHELBY
UNITED STATES DISTRICT CHIEF JUDGE

1