IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHANNON ARNSTEIN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SUNDANCE HOLDINGS GROUP, L.L.C.,<br><br>    Defendant. | **ORDER GRANTING PRO HAC VICE ADMISSION OF LIZ CLARK RINEHART**<br><br>No. 2:24-cv-00344-RJS-DAO<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Before the court is Defendant's Motion for Pro Hac Vice Admission of Liz Clark Rinehart.[1] Having reviewed the Motion, the court determines the Petitioner meets the pro hac vice admission requirements of DUCivR 83-1.1(c). The Motion for the admission pro hac vice of Liz Clark Rinehart in the United States District Court, District of Utah in the subject case is GRANTED.[2]

SO ORDERED this 17th day of July 2024.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 21.

[2] *Id.*