FRANK S. HEDIN (*Pro Hac Vice* Application Forthcoming)
ELLIOT O. JACKSON (Admitted *Pro Hace Vice*, ECF No. 22)
**HEDIN LLP**
1395 Brickell Avenue, Suite 610
Miami, Florida 33131-3302
Telephone:  (305) 357-2107
Facsimile:   (305) 200-8801
E-Mail:        fhedin@hedinllp.com
                    ejackson@hedinllp.com

DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone:  (801) 322-2002
Facsimile:   (801) 912-0320
E-Mail:        dws@psplawyers.com

*Counsel for Plaintiffs and Putative Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SHANNON ARNSTEIN; DANA BASSETT; MARTIKA GARTMAN; SUELLEN HENDRIX; DEBRA MACKLIN; JEANINE MARK; MICHELLE MEINHOLD; MARIE MICHELS; JILLI OYENQUE; BARBARA PORTER; and ELIZABETH WUEBKER, individually and on behalf of all others similarly situated,<br>　　　　　　　Plaintiffs,<br>　　v.<br><br>SUNDANCE HOLDINGS GROUP, L.L.C.,<br>　　　　　　　Defendant. | **STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>Case No. 2:24-cv-00344-RJS<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

The Parties, by and through their undersigned counsel, respectfully file this stipulation for an extension of time for Plaintiffs to respond to Defendant's Motion to Dismiss. Plaintiffs' counsel will be unavailable based on previously scheduled commitments and will, therefore, require additional time to prepare a response to the pending motion. It is therefore AGREED and STIPULATED that Plaintiffs' current deadline of August 16, 2024 be extended to **August 30, 2024** and Defendant's deadline to file its reply memorandum in further support of its motion to dismiss is extended from August 30, 2024 to **September 13, 2024**.

An agreed proposed form of order is attached.

Dated: July 29, 2024

Respectfully submitted,

**VENABLE LLP**

**PETERS | SCOFIELD**
*A Professional Corporation*

/s/ Liz Clark Rinehart
LIZ CLARK RINEHART
*(signed by filing attorney with permission of Defendant's attorney)*

/s/ David W. Scofield
DAVID W. SCOFIELD

-and-

Attorney for Defendant

**HEDIN LLP**

FRANK S. HEDIN
ELLIOT O. JACKSON
*Counsel for Plaintiffs and Putative Class*