IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| SHANNON ARNSTEIN; DANA BASSETT; MARTIKA GARTMAN; SUELLEN HENDRIX; DEBRA MACKLIN; JEANINE MARK; MICHELLE MEINHOLD; MARIE MICHELS; JILLI OYENQUE; BARBARA PORTER; and ELIZABETH WUEBKER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>SUNDANCE HOLDINGS GROUP, L.L.C.,<br><br>    Defendant. | **ORDER GRANTING THE STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>Case No. 2:24-cv-00344-RJS<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Now before the court is the Parties' Stipulated Motion for Extension of Time. Having reviewed the Stipulated Motion, the court determines that, in light of the Parties' stipulation and good cause shown, the Stipulated Motion for Extension of Time be, and the same hereby is, **GRANTED**.

  **SO ORDERED** this \_\_\_\_ day of July 2024.

               **BY THE COURT**:

               _____
               ROBERT J. SHELBY
               United States District Chief Judge