FRANK S. HEDIN (*Pro Hac Vice* Application Forthcoming)
ELLIOT O. JACKSON (Admitted *Pro Hace Vice*, ECF No. 22)
**HEDIN LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131-3302
Telephone:    (305) 357-2107
Facsimile:    (305) 200-8801
E-Mail:       fhedin@hedinllp.com
              ejackson@hedinllp.com

DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone:    (801) 322-2002
Facsimile:    (801) 912-0320
E-Mail:       dws@psplawyers.com

*Counsel for Plaintiffs and Putative Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SHANNON ARNSTEIN; DANA BASSETT; MARTIKA GARTMAN; SUELLEN HENDRIX; DEBRA MACKLIN; JEANINE MARK; MICHELLE MEINHOLD; MARIE MICHELS; JILLI OYENQUE; BARBARA PORTER; and ELIZABETH WUEBKER, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br> v.<br><br>SUNDANCE HOLDINGS GROUP, L.L.C.,<br>     Defendant. | **SECOND STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>Case No. 2:24-cv-00344-RJS<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

The Parties, by and through their undersigned counsel, respectfully file this second stipulation for an extension of time for Plaintiffs to respond to Defendant's Motion to Dismiss.[1] To accommodate for unexpected matters requiring Plaintiffs' counsels' immediate attention, the Parties agreed that Plaintiffs' current deadline of August 30, 2024 should be extended to, and including, September 9, 2024. The Parties further agree that Defendant's deadline to file a reply after service of Plaintiffs' opposition memorandum in support of its motion to dismiss should be extended from September 13, 2024 to, and including, September 20, 2024.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and the parties jointly move, that Plaintiffs' deadline to respond to the Defendant's Motion to Dismiss shall be September 9, 2024 and Defendant's deadline to file a reply shall be September 20, 2024.

| | |
|---|---|
| Dated: August 28, 2024 | Respectfully submitted, |
| **VENABLE LLP** | **PETERS | SCOFIELD** <br> *A Professional Corporation* |
| /s/ Liz Clark Rinehart <br> Liz Clark Rinehart <br> *(Signed by filing attorney with Permission of Defendant's attorney)* | /s/ David W. Scofield <br> David W. Scofield <br><br> -and- |
| Attorney for Defendant | **HEDIN LLP** <br><br> Frank S. Hedin <br> Elliot O. Jackson <br> *Counsel for Plaintiffs and Putative Class* |

---

[1] Dkt. 23.