# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| SHANNON ARNSTEIN; DANA BASSETT; MARTIKA GARTMAN; SUELLEN HENDRIX; DEBRA MACKLIN; JEANINE MARK; MICHELLE MEINHOLD; MARIE MICHELS; JILLI OYENQUE; BARBARA PORTER; and ELIZABETH WUEBKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNDANCE HOLDINGS GROUP, L.L.C.,<br><br>Defendant. | **ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>Case No. 2:24-cv-00344-RJS<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Now before the court is the Parties' Second Stipulated Motion for Extension of Time. Having reviewed the Stipulated Motion, the court determines that, in light of the Parties' stipulation and good cause shown, the Second Stipulated Motion for Extension of Time is **GRANTED**, and Plaintiffs' deadline to respond to the Defendant's Motion to Dismiss, ECF No. 23, shall be September 9, 2024 and Defendant's deadline to file a reply shall be September 20, 2024.

**SO ORDERED** this _____ day of August 2024.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge