FRANK S. HEDIN
ELLIOT O. JACKSON
**HEDIN LLP**
1395 Brickell Avenue, Suite 610
Miami, Florida 33131-3302
Telephone:     (305) 357-2107
Facsimile:      (305) 200-8801
E-Mail:          fhedin@hedinllp.com
                     ejackson@hedinllp.com

DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone:     (801) 322-2002
Facsimile:      (801) 912-0320
E-Mail:          dws@psplawyers.com

*Counsel for Plaintiffs and Putative Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| SHANNON ARNSTEIN; DANA BASSETT; MARTIKA GARTMAN; SUELLEN HENDRIX; DEBRA MACKLIN; JEANINE MARK; MICHELLE MEINHOLD; MARIE MICHELS; JILLI OYENQUE; BARBARA PORTER; and ELIZABETH WUEBKER, individually and on behalf of all others similarly situated, <br><br>                             Plaintiffs, <br>     v. <br><br> SUNDANCE HOLDINGS GROUP, LLC, <br><br>                             Defendant. | **ERRATUM TABLE OF CONTENTS FOR PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (ECF NO. 29)** <br><br> Case No. 2:24-cv-00344-RJS <br><br> Chief Judge Robert J. Shelby <br><br> Magistrate Judge Daphne A. Oberg |

Due to technical problems with printing the Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss the First Amended Class Action Complaint (filed September 9, 2024, ECF No. 29), the table of contents therein contains no page references, stating only "Error!

Bookmark not defined." The attached erratum table of contents cures that defect and should be referenced in lieu of the table of contents contained in ECF No, 29.

Counsel apologizes for any inconvenience or confusion.

Dated: September 11, 2024        Respectfully submitted,

**PETERS | SCOFIELD**
*A Professional Corporation*

/s/ David W. Scofield
DAVID W. SCOFIELD

-and-

**HEDIN LLP**
FRANK S. HEDIN*
ELLIOT O. JACKSON (pro hac vice)

*  *Pro Hac Vice* Application Forthcoming

*Counsel for Plaintiffs and Putative Class*