# Table of Contents

INTRODUCTION ........................................................................................................................ 1
ARGUMENT .............................................................................................................................. 2
    I.    NISNPIA'S Class-Action Bar Does Not Apply in Federal Court, and the Motion to Dismiss Pursuant to Rule 12(b)(1) Should be Denied ............................................................... 2
        A.    The Supreme Court's Decision in *Shady Grove* ........................................................... 2
        B.    The District of Utah's Application of *Shady Grove* to NISNPIA Claims in *Curry* ....... 3
        C.    This Court Should Adopt the Reasoning of *Curry* and Hold that NISNPIA's Class-Action Bar Does Not Apply in Federal Court ...................................................................... 5
    II.    The Factual Allegations of the FAC Adequately State a Claim for Violation of NISNPIA, and the Motion to Dismiss Pursuant to Rule 12(b)(6) Should be Denied ................................ 20
CONCLUSION ......................................................................................................................... 25