IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| SHANNON ARNSTEIN; DANA BASSETT; DEBRA MACKLIN; and ELIZABETH WUEBKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNDANCE HOLDINGS GROUP, L.L.C.,<br><br>Defendant. | **ORDER GRANTING/DENYING PRO HAC VICE ADMISSION OF FRANK S. HEDIN**<br><br>Case No. 2:24-cv-00344-RJS |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Frank S. Hedin (the "Motion"). Based on the Motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED/DENIED**.

**DONE** this _____ day of November 2024.

BY THE COURT:

_____
Honorable Robert J. Shelby
United States District Chief Judge