UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| SHANNON ARNSTEIN; DANA BASSETT; DEBRA MACKLIN; and ELIZABETH WUEBKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNDANCE HOLDINGS GROUP, L.L.C.,<br><br>Defendant. | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF FRANK S. HEDIN (DOC. NO. 33)**<br><br>Case No. 2:24-cv-00344<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Local counsel David W. Scofield has filed a Motion for Pro Hac Vice Admission[1] seeking admission of Frank S. Hedin as counsel for Plaintiffs. Based on the motion and application, Frank S. Hedin meets the requirements for pro hac vice admission under Rule 83-1.1(c) of the Local Rules of Civil Practice. Therefore, the motion is GRANTED.

DATED this 8th day of November, 2024.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge

---

[1] (Doc. No. 33.)

1