**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SHANNON ARNSTEIN, *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>SUNDANCE HOLDINGS GROUP, L.L.C.,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CERTIFY THE COURT'S ORDER [Dkt. 37] FOR INTERLOCUTORY REVIEW**<br><br>Civil No. 2:24-cv-00344-RJS-DAO<br><br>Judge Robert J. Shelby<br>Magistrate Daphne A. Oberg |

Defendant Sundance Holdings Group, L.L.C. ("Sundance" or "Defendant"), has moved the Court to certify for interlocutory review its *Memorandum Decision and Order* denying Defendant's Motion to Dismiss.  Upon consideration of Defendant's Motion to Certify the Court's Order for Interlocutory Review, the points and authorities cited therein, and the entire record, the Court finds that its November 25, 2024 Order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation.  Accordingly, the Court GRANTS the Defendant's motion and the November 25, 2024 Order, as supplemented by this Order, is certified for interlocutory appeal under 28 U.S.C. § 1292(b) and Fed. R. App. 5(a)(3).

        **SO ORDERED.**

Dated:                                          _____

                                                Robert J. Shelby
                                                United States District Chief Judge