DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone:    (801) 322-2002
Facsimile:    (801) 912-0320
E-Mail:    dws@psplawyers.com

Frank S. Hedin (Pro Hac Vice)
Elliot O. Jackson (Pro Hac Vice)
**HEDIN LLP**
1395 Brickell Avenue, Ste 610
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801
E-mail: fhedin@hedinllp.com
           ejackson@hedinllp.com

*Attorneys for Plaintiffs*

Jordan K. Cameron
**CAMERON RINGWOOD, LC**
6975 Union Park Ave, Suite 600
Cottonwood Heights, UT 84047
Telephone: (385) 463-2425
jordan@cameronringwood.com

Elizabeth C. Rinehart (pro hac vice)
**VENABLE LLP**
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 528-4646
lcrinehart@venable.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHANNON ARNSTEIN; DANA BASSETT; MARTIKA GARTMAN; SUELLEN HENDRIX; DEBRA MACKLIN; JEANINE MARK; MICHELLE MEINHOLD; MARIE MICHELS; JILLI OYENQUE; BARBARA PORTER; and ELIZABETH WUEBKER, individually and on behalf of all others similarly situated,,<br><br>　　Plaintiffs,<br><br>v.<br><br>SUNDANCE HOLDINGS GROUP, LLC,<br><br><br><br>　　Defendant. | **STIPULATED MOTION FOR ENTRY OF A SCHEDULING ORDER**<br><br><br><br><br>Case No. 2:24-cv-00344-RJS<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

The parties, through their undersigned counsel, stipulate and move the Court for a scheduling order.  Under Fed. R. Civ. P. 16(b) and the Local Rules of Practice, an Attorney Planning Meeting has been held and the Attorney Planning Meeting Report has been completed. *See* Ex. A.  The parties have conferred and developed a Proposed Scheduling Order, which is filed simultaneously with this motion.  *See* Ex. B.

Respectfully Submitted                                                                                   Date: 1/14/2025

/s/_____*Frank S. Hedin*_____
Frank S. Hedin (pro hac vice)
Elliot O. Jackson (pro hac vice)
**HEDIN LLP**
1395 Brickell Avenue, Ste 610
Miami, FL 33131
Telephone: (305) 357-2107
fhedin@hedinllp.com
ejackson@hedinllp.com

David W. Scofield
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, UT 84093-6160
Telephone: (801) 322-2002
dws@psplawyers.com

*Attorneys for Plaintiffs and the Class*

/s/ _*Jordan K. Cameron (w/ permission*)___
Jordan K. Cameron
**CAMERON RINGWOOD, LC**
6975 Union Park Ave, Suite 600
Cottonwood Heights, UT 84047
Telephone: (385) 463-2425
jordan@cameronringwood.com

Elizabeth C. Rinehart (pro hac vice)
**VENABLE LLP**
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 528-4646
lcrinehart@venable.com

*Attorneys for Defendant*