# Exhibit B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHANNON ARNSTEIN; DANA BASSETT; MARTIKA GARTMAN; SUELLEN HENDRIX; DEBRA MACKLIN; JEANINE MARK; MICHELLE MEINHOLD; MARIE MICHELS; JILLI OYENQUE; BARBARA PORTER; and ELIZABETH WUEBKER, individually and on behalf of all others similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> SUNDANCE HOLDINGS GROUP, LLC, <br><br><br> Defendant. | **PROPOSED SCHEDULING ORDER** <br><br><br><br><br> Case No. 2:24-cv-00344-RJS <br><br> Chief Judge Robert J. Shelby <br><br> Magistrate Judge Daphne A. Oberg |

Under Fed. R. Civ. P. 16(b), the Local Rules of Practice, and the Order to Propose Schedule, if applicable, an Attorney Planning Meeting has been held, and the Attorney Planning Meeting Report has been completed. The following deadlines may not be modified without a court order consistent with Fed. R. Civ. P. 16(b)(4) and DUCivR 83-5.

**DEADLINES ARE 11:59 P.M. ON THE DATE INDICATED UNLESS EXPRESSLY STATED OTHERWISE**

1. **PRELIMINARY MATTERS**

| | | | |
|---|---|---|---|
| a. | | Fed. R. Civ. P 26(a)(1) Initial Disclosures: *(the parties have exchanged initial disclosures or will exchange no later than the date provided)* | 01/31/2025 |

2. **FACT DISCOVERY LIMITATIONS AND DEADLINES**

| | | | | |
|---|---|---|---|---|
| a. | Fact Discovery Limitations— | | | |
| | 1. | Maximum number of depositions by Plaintiff: | | *10* |
| | 2. | Maximum number of depositions by Defendant: | | *18* |

|   |   |   |   |
|---|---|---|---|
|   | 3. | Maximum number of hours for each deposition: (*unless extended by agreement of parties*) | *7* |
|   | 4. | Maximum interrogatories by any party to any party: | *25* |
|   | 5. | Maximum requests for admissions by any party to any party: | *25* |
|   | 6. | Maximum requests for production by any party to any party: | *50* |
|   |   |   |   |
| b. | Other Fact Discovery Deadlines— |   |   |
|   | 1. | Deadline to serve written discovery: | *10/10/2025* |
|   | 2. | Deadline for fact discovery to close: | *11/21/2025* |

3. **AMENDING OF PLEADINGS AND JOINING OF PARTIES**[1]

|   |   |   |   |
|---|---|---|---|
| a. | Deadline to file a motion to amend pleadings— |   |   |
|   | 1. | Plaintiff: | *03/30/2025* |
|   |   |   |   |
| b. | Deadline to file a motion to join additional parties— |   |   |
|   | 1. | Plaintiff: | *03/30/2025* |

4. **EXPERT DISCOVERY**

|   |   |   |   |
|---|---|---|---|
| a. | Filing of Notice of Designation required by DUCivR 26-1(a)(2)— |   |   |
|   | 1. | Parties bearing the burden of proof: | *11/03/2025* |
|   | 2. | Parties not bearing the burden of proof: | *11/17/2025* |
|   |   |   |   |
| b. | Service of Fed. R. Civ. P. 26(a)(2) Disclosures and Reports— |   |   |
|   | 1. | Parties bearing the burden of proof: | *11/24/2025* |
|   | 2. | Parties not bearing the burden of proof: | *12/08/2025* |
|   | 3. | Rebuttal reports, if any: | *01/12/2026* |
|   |   |   |   |
| c. | Deadline for expert discovery to close: |   | *02/13/2026* |

7. **OTHER DEADLINES AND TRIAL-RELATED INFORMATION**[2]

|   |   |   |   |
|---|---|---|---|
| a. | Deadline for filing dispositive or potentially dispositive motions: (*including a motion to exclude experts when expert testimony is required to resolve the motion*) |   | *04/15/2026* |
| b. | Deadline for filing a request for a scheduling conference for the purpose of setting a trial date if no dispositive motion are filed: |   | *00/00/00* |
| c. | Deadline for filing Motion for Class Certification |   | *12/13/2025* |
| d. | Deadline for filing Opposition |   | *02/06/2026* |
| e. | Deadline for filing Reply |   | *03/06/2026* |

---

[1] Counsel must still comply with the requirements of Fed. R. Civ. P. 15(a).
[2] The court will enter the date in Section 7.b.

2

**SO ORDERED** this _____ day of _____, 2025.

BY THE COURT:

_____
The Hon. Daphne A. Oberg
United States Magistrate Judge

3