| | |
|---|---|
| DAVID W. SCOFIELD – 4140<br>**PETERS \| SCOFIELD**<br>*A Professional Corporation*<br>7430 Creek Road, Suite 303<br>Sandy, Utah 84093-6160<br>Telephone:   (801) 322-2002<br>Facsimile:    (801) 912-0320<br>E-Mail:         dws@psplawyers.com<br><br>Frank S. Hedin (Pro Hac Vice)<br>Elliot O. Jackson (Pro Hac Vice)<br>**HEDIN LLP**<br>1395 Brickell Avenue, Ste 610<br>Miami, Florida 33131<br>Tel: (305) 357-2107<br>Fax: (305) 200-8801<br>E-mail: fhedin@hedinllp.com<br>            ejackson@hedinllp.com<br><br>*Attorneys for Plaintiffs* | Jordan K. Cameron<br>**CAMERON RINGWOOD, LC**<br>6975 Union Park Ave, Suite 600<br>Cottonwood Heights, UT 84047<br>Telephone: (385) 463-2425<br>jordan@cameronringwood.com<br><br>Elizabeth C. Rinehart (pro hac vice)<br>**VENABLE LLP**<br>750 E. Pratt Street, Suite 900<br>Baltimore, MD 21202<br>Telephone: (410) 528-4646<br>lcrinehart@venable.com<br><br>*Attorneys for Defendant* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHANNON ARNSTEIN; DANA BASSETT; MARTIKA GARTMAN; SUELLEN HENDRIX; DEBRA MACKLIN; JEANINE MARK; MICHELLE MEINHOLD; MARIE MICHELS; JILLI OYENQUE; BARBARA PORTER; and ELIZABETH WUEBKER, individually and on behalf of all others similarly situated,,<br><br>       Plaintiffs,<br><br>v.<br><br>SUNDANCE HOLDINGS GROUP, LLC,<br><br><br><br>       Defendant. | **JOINT SUPPLEMENT TO STIPULATED MOTION FOR ENTRY OF A SCHEDULING ORDER**<br><br><br><br><br><br>Case No. 2:24-cv-00344-RJS<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

The parties, through their undersigned counsel, submit the following supplement to address the requirements articulated in DUCivR 23-1(c)(1) of this Court's Local Rules.

1. **Proposed Briefing Schedule for a Motion for Class Certification**, DUCivR 23-1(c)(1)(A) – The Parties previously suggested the following briefing schedule requiring the following filing deadlines: (1) **Motion for Class Certification** must be filed on or before **December 5, 2025**, (2) Any **Opposition Memorandum** must be filed on or before **February 6, 2026**, and (3) any reply must be filed on or before **March 6, 2026** *See* ECF No. 47-1 at 8.

2. **Any Departure From the Page Limits of DUCiv R 7-1:**, DUCivR 23-1(c)(1)(B) – The Parties agree that rule DUCivR 7-1 page limits **will be modified**, by increasing the page limit on the reply, from "10 pages or 3,100 words[,]" DUCivR 7-1(a)(4). No other changes to the page limits of rule 7-1 are made.

3. **Whether Discovery Should be Bifurcated to Address the Facts Necessary For a Determination of the Sufficiency of the Class** DUCivR 23-1(c)(1)(C) – No. The Parties agree that discovery should not be bifurcated in this case. *See* ECF No. 47-1 at 6.

4. **Whether the Initial Scheduling Order Should Address Only Discovery Relevant to Class Certification.,** DUCivR 23-1(c)(1)(D) No. The Initial Scheduling Order should address all discovery. *See* ECF No. 47-1 at 6.

5. **How the Plan is Consistent With the Requirement of Fed. R. Civ. P. 23(c) That Certification Should Be Decided "[a]t an early practicable time after a person or is sued as a class representative,** DUCivR 23-1(c)(1)(E) – The proposed plan is consistent with Rule 23(c) because this is a complex nationwide data-privacy class action (likely involving voluminous amounts of electronically stored information produced by the Parties and third parties) and the proposed plan affords sufficient time for (1) the parties to conduct the necessary discovery

concerning Rule 23's requirements and (2) Plaintiffs to move for, and for the Court to resolve, the class certification question at "an early practicable time."

Respectfully Submitted

Date: 1/24/2025

/s/_____*Frank S. Hedin*_____
Frank S. Hedin (pro hac vice)
Elliot O. Jackson (pro hac vice)
**HEDIN LLP**
1395 Brickell Avenue, Ste 610
Miami, FL 33131
Telephone: (305) 357-2107
fhedin@hedinllp.com
ejackson@hedinllp.com

David W. Scofield
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, UT 84093-6160
Telephone: (801) 322-2002
dws@psplawyers.com

*Attorneys for Plaintiffs and the Class*

/s/__*Jordan K. Cameron (w/ permission*)___
Jordan K. Cameron
**CAMERON RINGWOOD, LC**
6975 Union Park Ave, Suite 600
Cottonwood Heights, UT 84047
Telephone: (385) 463-2425
jordan@cameronringwood.com

Elizabeth C. Rinehart (pro hac vice)
**VENABLE LLP**
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 528-4646
lcrinehart@venable.com

*Attorneys for Defendant*

3