UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| SHANNON ARNSTEIN; DANA BASSETT; MARTIKA GARTMAN; SUELLEN HENDRIX; DEBRA MACKLIN; JEANINE MARK; MICHELLE MEINHOLD; MARIE MICHELS; JILLI OYENQUE; BARBARA PORTER; and ELIZABETH WUEBKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNDANCE HOLDINGS GROUP, LLC,<br><br>Defendant. | SCHEDULING ORDER<br><br>Case No. 2:24-cv-00344<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Under Fed. R. Civ. P. 16(b), the Local Rules of Practice, and the Order to Propose Schedule, if applicable, an Attorney Planning Meeting has been held, and the Attorney Planning Meeting Report has been completed. The following deadlines may not be modified without a court order consistent with Fed. R. Civ. P. 16(b)(4) and DUCivR 83-5.

**DEADLINES ARE 11:59 P.M. ON THE DATE INDICATED UNLESS EXPRESSLY STATED OTHERWISE**

**1. PRELIMINARY MATTERS**

| | | | | |
|---|---|---|---|---|
| a. | Fed. R. Civ. P. 26(f)(1) Conference: | | | 01/02/2025 |
| b. | Participants: *see Attorney Planning Meeting Report* | | | |
| c. | Fed. R. Civ. P 26(a)(1) Initial Disclosures: *(the parties have exchanged initial disclosures or will exchange no later than the date provided)* | | | 01/31/2025 |
| d. | Under Fed. R. Civ. P. 5(b)(2)(E), the parties agree to receive all items required to be served under Fed. R. | Yes ☒ | No ☐ | |

|   |   | Civ. P. 5(a) by the court's electronic-filing system or email transmission. Electronic service constitutes notice and service as required by those rules. The right to service by USPS mail is waived. |   |   |
|---|---|---|---|---|

2. **PROTECTIVE ORDER**

|   | a. | The parties anticipate the case will involve the disclosure of information, documents, or other materials that will be designated as confidential. | Yes ☒ | No ☐ |
|---|---|---|---|---|
|   | b. | If the case will involve the disclosure of information, documents, or other materials that will be designated as CONFIDENTIAL, then good cause exists for the court to enter the court's Standard Protective Order (SPO) under DUCivR 26-2: *The parties anticipate that the case will involve the disclosure of information, documents, or other materials that will be designated as CONFIDENTIAL. Good cause exists to enter the court's SPO under DUCivR 26-2, including because it is expected the documents disclosed may contain sensitive financial information of the parties, such as financial statements and payroll records.* |   |   |

3. **DISCOVERY PLAN**

|   | a. | Discovery Plan: The parties agree to the following discovery plan.<br>• If the parties disagree, clearly indicate the disagreement in the space below: | Yes ☐ | No ☒ |
|---|---|---|---|---|
|   | b. | Discovery Subjects: *The parties indicate they dispute the subjects and scope of discovery. If the parties are unable to resolve the dispute, either party may file a motion seeking a court ruling on the issue.* |   |   |
|   | c. | Discovery Phases:<br>• Will discovery be conducted in phases? If so, please explain. *No.*<br><br>• Will discovery be limited to or focused on particular issues? If so, please explain and identify whether discovery will be accelerated on any issue and the due dates. *No.* |   |   |
|   | d. | Electronically Stored Information: *Electronically stored materials shall be produced in native format and, where feasible, with image file, text filed and attendant load files for use with an e-discovery software.* |   |   |

|   |   | *Nothing herein shall limit a responding party's right to object to the production of any electronically stored materials sought by a requesting party. If the circumstances warrant, the parties agree to cooperate to identify search terms to be used by a responding party to search for electronically stored materials sought by a requesting party.* |   |
|---|---|---|---|

4. **FACT DISCOVERY**

|   |   |   |   |
|---|---|---|---|
| a. | Fact Discovery Limitations— |   |   |
|   | 1. | Maximum number of depositions by Plaintiff: | _10_ |
|   | 2. | Maximum number of depositions by Defendant: | _18_ |
|   | 3. | Maximum number of hours for each deposition: (*unless extended by agreement of parties*) | _7_ |
|   | 4. | Maximum interrogatories by any party to any party: | _25_ |
|   | 5. | Maximum requests for admissions by any party to any party: | _25_ |
|   | 6. | Maximum requests for production by any party to any party: | _50_ |
|   |   |   |   |
| b. | Other Fact Discovery Deadlines— |   |   |
|   | 1. | Deadline to serve written discovery: | _10/10/2025_ |
|   | 2. | Deadline for fact discovery to close: | _11/21/2025_ |

5. **AMENDING OF PLEADINGS AND JOINING OF PARTIES[1]**

|   |   |   |   |   |
|---|---|---|---|---|
| a. | Deadline to file a motion to amend pleadings— |   |   |   |
|   | 1. | Plaintiff(s): |   | _03/30/2025_ |
|   | 2. | Defendant(s): |   | _03/30/2025_ |
|   |   |   |   |   |
| b. | Deadline to file a motion to join additional parties— |   |   |   |
|   | 1. | Plaintiff(s): |   | _03/30/2025_ |
|   | 2. | Defendant(s): |   | _03/30/2025_ |

6. **EXPERT DISCOVERY**

|   |   |   |   |   |
|---|---|---|---|---|
| a. | Filing of Notice of Designation required by DUCivR 26-1(a)(2)— |   |   |   |
|   | 1. | Parties bearing the burden of proof: |   | _11/03/2025_ |
|   | 2. | Parties not bearing the burden of proof: |   | _11/17/2025_ |
|   |   |   |   |   |
| b. | Service of Fed. R. Civ. P. 26(a)(2) Disclosures and Reports— |   |   |   |
|   | 1. | Parties bearing the burden of proof: |   | _11/24/2025_ |
|   | 2. | Parties not bearing the burden of proof: |   | _12/08/2025_ |
|   | 3. | Rebuttal reports, if any: |   | _01/12/2026_ |
|   |   |   |   |   |
| c. | Deadline for expert discovery to close: |   |   | _02/13/2026_ |

---

[1] Counsel must still comply with the requirements of Fed. R. Civ. P. 15(a).

**7. OTHER DEADLINES AND TRIAL-RELATED INFORMATION**

| | | | |
|---|---|---|---|
| a. | Deadline for filing Motion for Class Certification: | | _12/05/2025_ |
| b. | Deadline for filing Opposition to Motion for Class Certification: | | _02/06/2026_ |
| c. | Deadline for filing Reply in Support of Motion for Class Certification: | | _03/06/2026_ |
| d. | Deadline for filing dispositive or potentially dispositive motions: *(including a motion to exclude experts when expert testimony is required to resolve the motion)* | | _04/15/2026_ |
| e. | Deadline for filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed: | | _04/22/2026_ |
| f. | At the time of argument on motions for summary judgment, the court will discuss the scheduling of trial. Counsel should come to the hearing prepared to discuss possible trial dates. If the schedule set forth herein is not extended, the parties can generally expect that trial will be set sometime during the 4th quarter of 2026. | | |

**SO ORDERED** this 27th day of January, 2025.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge