# Exhibit B: Transcript of Utah Legislative Proceedings

<pre>
1                        STATE OF UTAH

2                     COUNTY OF SALT LAKE

3

4

5

6                Utah House of Representatives

7                   2025 GENERAL SESSION

8            Chief Sponsor: Kirk A. Cullimore

9            House Sponsor: Anthony E. Loubet

10

11        NONPUBLIC PERSONAL INFORMATION AMENDMENTS

12

13                Utah House of Representatives

14                350 North State, Suite 350

15                Salt Lake City, Utah 84114

16

17

18                    Transcribed by:

19                    Lauren Bishop

20

21        Transcription Date: March 10, 2025

22

23

24   Job No.:  575819

25   Pages:  1 - 16
</pre>

```
 1                          I N D E X

 2

 3   EXCERPT                                        PAGE

 4   Excerpt 1 - Senate Judiciary, Law Enforcement

 5               and Criminal Justice Committee -

 6               January 31, 2025

 7               01:32:02 - 01:35:52                   3

 8

 9   Excerpt 3 - Senate Floor, Day 23 (2/12/2025)

10               [1SB150 Nonpublic Personal Info.

11               Amendments, Cullimore]

12               00:18:19 - 00:20:53                   6

13

14   Excerpt 2 - House Judiciary Committee

15               February 20, 2025

16               00:06:49 - 00:12:04                   9

17

18   Excerpt 4 - House Floor, Day 36 (2/26/2025)

19               [SB150 Nonpublic Personal Info.

20               Amendments, Loubet]

21               00:53:52 - 00:57:04                  14

22

23

24

25
```

```
 1              P R O C E E D I N G S
 2              (Excerpt 1 - Senate Judiciary, Law
 3   Enforcement, and Criminal Justice Committee - January
 4   31, 2025 from 01:32:02 to 01:35:52)
 5              CHAIR MEMBER: We're next going to go to
 6   Senator Cullimore's bill. This is number three on our
 7   agenda, Senate Bill 150.
 8              SENATOR CULLIMORE: Okay. Thank you, Chair.
 9   So this -- this is a somewhat legally technical bill,
10   but in 2003 Utah passed the -- what would we call it?
11   The Non-public Personal Information Act. And what it
12   does is it disallows companies from selling non-
13   public personal information that they might gather in
14   consumer transactions without proper notice. And
15   that's been going well for 20 plus years and when the
16   legislature passed that Act in 2003, they expressly
17   said that nobody could bring class actions on -- they
18   provided for statutory damages but also prohibited
19   class action lawsuits against businesses that may be
20   in violation of this.
21              In 2000 -- let's see. 2010, there was a
22   U.S. Supreme Court case, Shady Grove, that suggested
23   that procedural -- procedural rights, if they're not
24   substantive rights, could be -- could be severed when
25   seeking these types of remedies. And because our
```

1   state law has the bar to class actions as a separate

2   subsection, it was deemed to be a severable

3   procedural right for Federal Court purposes and not a

4   substantive right as found in the remedies. And so

5   consequently what we've had now is we have

6   Plaintiff's -- Plaintiff law firms outside of Utah

7   now suing Utah businesses for class action suits

8   related to this, which was not contemplated by the

9   legislature, not intended, and so all this bill does,

10  SB150, is it simply puts the bar to class actions as

11  a substantive right in the law as opposed to what

12  could be deemed a severable procedural right.

13          That's the presentation.

14          CHAIR MEMBER: I just -- I want to just

15  state because I'm a lawyer and a partner at a law

16  firm here in Utah. If this bill passes, it could

17  arguably benefit my law firm and I think that's a

18  good thing, but I do want to acknowledge that I do

19  have that conflict and for anyone that's listening,

20  in the legislature where it says legislature, we all

21  have conflicts, so we're required to disclose them.

22  Not necessarily how I did but I like to be upfront

23  about that but, thank you.

24          SENATOR CULLIMORE: If I could just say --

25          CHAIR MEMBER: Yeah, please.

1           SENATOR CULLIMORE: -- Chair? This with has

2    brought to me by attorneys and businesses in Utah

3    that are now subject to class actions that did not

4    believe they should be under state law. I have not

5    heard from anybody within the state of Utah that has

6    a problem with this bill.

7           CHAIR MEMBER: Yeah. And I don't think you

8    will. So, let me ask if there's any comments from --

9    or questions from the committee? Senator McKell? No.

10   Okay. All right. Let me ask by a show of hands if

11   there's anyone from the public, either in person or

12   virtually, who would like to be heard on this bill?

13   We'll close the public hearing after seeing no hands

14   and bring it back to the committee for action.

15   Senator Brammer?

16          SENATOR BRAMMER: I was -- I was going to

17   recommend that we move -- looking for the number

18   again.

19          CHAIR MEMBER: It's --

20          SENATOR CULLIMORE: 150.

21          CHAIR MEMBER: Yeah. 150.

22          SENATOR BRAMMER: SB150 to the floor.

23          CHAIR MEMBER: Okay. We have a motion to

24   fairly recommend the bill. Discussion to that note

25   motion seen then. All in favor, say aye.

1          MEMBERS: Aye.

2          CHAIR MEMBER: Any opposed? Chair rules

3   that passes 6 to 0 unanimously. Thank you.

4          (Excerpt 3 - Senate Floor, Day 23

5   (2/12/2025) [1SB150 Nonpublic Personal Information

6   Amendments, Cullimore] from 00:18:19 - 00:20:53)

7          MALE SPEAKER 1: First substitute Senate

8   Bill 150. First substitute Senate Bill 150, Non-

9   public Personal Information Amendments, Senator

10  Cullimore.

11         SENATOR CULLIMORE: Thank you, president.

12  As discussed yesterday, this has to do with class

13  action suits against Utah businesses that are dealing

14  with data that they may have from consumers. The

15  legislature in their wisdom 20 years ago saw that we

16  should not have class actions but due to federal

17  court procedures and case law that bar on class

18  action under our current statute, can be substituted

19  as -- or procedural, as opposed to substantive and

20  therefore it the federal courts would allow class

21  actions against Utah businesses. And so this just

22  changes it to where the bar on class actions is a

23  substantive right as opposed to procedural.

24         CHAIR MEMBER: Seeing no discussion, going

25  back to you for a motion, Senator.

1           SENATOR CULLIMORE: My motion is that we

2     pass first substitute Senate Bill 150.

3           CHAIR MEMBER: Thank you. The question is

4     shall the first Senate 150 pass? Roll call vote.

5     Senators Balderree?

6           SENATOR BALDERREE: Aye.

7           CHAIR MEMBER: Blouin?

8           SENATOR BLOUIN: Aye.

9           CHAIR MEMBER: Brammer?

10          SENATOR BRAMMER: Aye.

11          CHAIR MEMBER: Cullimore?

12          SENATOR CULLIMORE: Aye.

13          CHAIR MEMBER: Escamilla? Fillmore?

14          SENATOR FILLMORE: Aye.

15          CHAIR MEMBER: Grover?

16          SENATOR GROVER: Aye.

17          CHAIR MEMBER: Harper?

18          SENATOR HARPER: Aye.

19          CHAIR MEMBER: Hinkins?

20          SENATOR HINKINS: Aye.

21          CHAIR MEMBER: Gibson?

22          SENATOR GIBSON: Aye.

23          CHAIR MEMBER: Johnson?

24          SENATOR JOHNSON: Aye.

25          CHAIR MEMBER: Kwan?

1    SENATOR KWAN: Aye.

2    CHAIR MEMBER: McCay?

3    SENATOR MCCAY: Aye.

4    CHAIR MEMBER: McKell?

5    SENATOR MCKELL: It is going to be an aye.

6    CHAIR MEMBER: Millner? Senator Millner.

7    SENATOR MILLNER: Aye.

8    CHAIR MEMBER: Musselman?

9    SENATOR MUSSELMAN: Aye.

10   CHAIR MEMBER: Owens? Senator Owens?

11   SENATOR OWENS: I am here. Aye.

12   CHAIR MEMBER: Pitcher?

13   SENATOR PITCHER: Aye.

14   CHAIR MEMBER: Plumb?

15   SENATOR PLUMB: Aye.

16   CHAIR MEMBER: Riebe?

17   SENATOR RIEBE: Yes.

18   CHAIR MEMBER: Sandall?

19   SENATOR SANDALL: Aye.

20   CHAIR MEMBER: Stevenson?

21   SENATOR STEVENSON: Aye.

22   CHAIR MEMBER: Stratton?

23   SENATOR STRATTON: Aye.

24   CHAIR MEMBER: Thatcher?

25   SENATOR THATCHER: Aye.

1          CHAIR MEMBER: Vickers.

2          SENATOR VICKERS: Aye.

3          CHAIR MEMBER: Weiler?

4          SENATOR WEILER: Aye.

5          CHAIR MEMBER: Wilson?

6          SENATOR WILSON: Aye.

7          CHAIR MEMBER: Winterton.

8          SENATOR WINTERTON: Aye.

9          CHAIR MEMBER: President Adams?

10          PRESIDENT ADAMS: Aye. First sub to Senate

11   Bill 150 having received 28 yay votes, zero nay

12   votes. One being absent. Passes this body and will be

13   sent to the house for their consideration.

14          (Excerpt 2 - House Judiciary Committee -

15   February 20, 2025 from 00:06:49 - 00:12:04)

16          CHAIR MEMBER: We'll now go to number two

17   on the agenda, which is first substitute SB150, Non-

18   Public Personal Information Amendment, Senator

19   Cullimore.

20          SENATOR CULLIMORE: All right. Thank you,

21   Chair, committee. So this bill is -- is somewhat

22   legally technical in nature and I want to highlight

23   that it's not really changing policy of Utah at all.

24   But what this -- what this does, this was brought to

25   me by a constituent attorney and when I open the bill

1   I found out that there are many other attorneys that

2   were supportive of this as well as many other

3   businesses in the state of Utah. Because what this

4   does is for lawsuits against businesses for selling

5   or whatever non-public personal information. There's

6   always been a bar on a class action type lawsuit for

7   this and that -- that has been the policy of Utah

8   since -- as I recall, I want to say it was like 2003.

9   So over 20 years. However, there was a U.S. Supreme

10  Court case, Shady Grove, that didn't have anything to

11  do with these types of claims. But it did say that if

12  a bar to class action is procedural in nature, that

13  under Federal -- Federal Rules of Civil Procedure,

14  they can -- they can basically bifurcate this and if

15  it's not a sub -- if the bar to class action was not

16  a substantive right, that federal courts can move

17  forward with a class action lawsuit. If they deemed

18  that the that the state law was procedural in nature.

19  But because the bar to class action in this was a

20  different subsection, the federal courts in Utah have

21  determined that this is a procedural bar to class

22  actions and not a substantive right. And so what the

23  attorneys have asked for is to move this bar to class

24  action, which has been recognized in Utah code for

25  over 20 years to move it so that it is recognized at

1    a -- as a substantive right, which I believe was the

2    intent of the of the legislature all along.

3            And I talked to a Chair Abbott and, you

4    know, there may be some disagreement with the

5    underlying policy and that's fine. That might be a

6    discussion for a different day. That's not this bill.

7    And -- and what I mean by that is the underlying

8    policy of whether you should be able to bring claims

9    against businesses for the disclosure of non-public

10   personal information and all that. But, as it is, the

11   current law is not being applied in federal court in

12   the state of Utah. So, plaintiff attorneys -- and

13   they're all exclusively as -- as far as I know

14   outside of Utah, suing Utah businesses -- are using

15   this procedural loophole, if you will, in federal

16   court to bring class action claims against Utah

17   companies. So this this fixes that loophole and just

18   says, no, we intended for the class action to be a

19   subsitive right and that's basically what this bill

20   does.

21           CHAIR MEMBER: Okay. Thank you. We will go

22   to the committee for clarifying questions or

23   comments. Representative Auxier.

24           REPRESENTATIVE AUXIER: Thank you, Mr.

25   Chair. Okay, Senator. So in layman's terms, this

1    means that you can't bring class actions not because

2    of choice, but because it's part of the underlying

3    law. Is that --

4            SENATOR CULLIMORE: Correct.

5            REPRESENTATIVE AUXIER: -- that's what

6    we're saying here?

7            SENATOR CULLIMORE: Yes.

8            REPRESENTATIVE AUXIER: Okay. Great. Thank

9    you.

10           SENATOR CULLIMORE: Yeah.

11           CHAIR MEMBER: Okay. Thank you. Seeing no

12   further lights, we will open it to public comment.

13   Thank you. Go ahead.

14           MR. DAVIS: Thank you, Mr. Chair. Dave

15   Davis, president of Utah Retail Merchants Association

16   and it seems like brevity is the order of the day

17   today. This is a good bill. You should vote for it.

18   Thanks.

19           CHAIR MEMBER: Are there -- there may not

20   be any attorneys online. There were a few attorneys

21   that spoke to it an the senate committee but maybe

22   they're -- they're caught unawares or didn't -- okay.

23   There's nobody on the line. Okay. So all right, that

24   concludes public comment. We will go to the committee

25   for Committee Action. Representative Loubet?

1        REPRESENTATIVE LOUBET: Thank you, Mr.

2   Chair. I move that we favorite -- favorably recommend

3   SB150 first sub to the house floor.

4        CHAIR MEMBER: Okay. So the motion is to

5   favorably recommend first sub SB150 to the full

6   House. Do you want to speak to that?

7        REPRESENTATIVE LOUBET: Just briefly. I

8   mean, I think this is something that's been kind of

9   the understood law for -- for couple decades, but,

10  because of recent courts' interpretation, I think

11  this is necessary to clarify what the intent was and

12  so that way it's applied consistently both in state

13  and federal courts.

14        CHAIR MEMBER: And let's see, Senator

15  Cullimore?

16        SENATOR CULLIMORE: I'll -- I'll ditto

17  Representative Loubet.

18        CHAIR MEMBER: Okay. Ditto. Got that. All

19  right. Seeing no further lights we will place the

20  motion. So the motion is to favorably recommend first

21  sub SB150. All in favor say aye.

22        MEMBERS: Aye.

23        CHAIR MEMBER: Any opposed? Passes

24  unanimously. Congratulations.

25        SENATOR CULLIMORE: Thank you, guys.

1    (Excerpt 4 - House Floor, Day 36

2    (2/26/2025) [SB150 Nonpublic Personal Information

3    Amendments, Loubet] from 00:53:52 - 00:57:04)

4            MALE SPEAKER 1: Madam Clerk?

5            FEMALE SPEAKER 1: For substitute Senate

6    Bill 150, Non-public Personal Information Amendments

7    by Senator Cullimore. This bill is Judiciary with a

8    vote of 1001 to have sponsors. Representative Loubet?

9            CHAIR MEMBER: Representative Loubet?

10           REPRESENTATIVE LOUBET: Thank you, Mr.

11   Speaker. This bill is legally technical. So if I have

12   to lawyer speak for a little bit, I apologize.

13           In Utah, we have a law and a policy that

14   says for lawsuits against businesses for selling non-

15   public information, that they are -- you're barred

16   from making us a part of a class action lawsuit. So

17   that's the current policy since 2003. People will

18   still have their own private right of action. There

19   was a recent Supreme Court case, Shady Grove versus

20   Allstate, that didn't directly address this but

21   created some laws that said that if there's a bar to

22   a class action in a statute, the court would

23   determine whether it was procedural in nature or if

24   it was a substantive right. If it was procedural in

25   nature, it could be bifurcated and federal procedures

1    would be able to be applied. So, what's happening is,

2    outside companies are able to bring in Utah

3    businesses in a class actions, but that can't happen

4    within Utah. And so what we're trying to do is keep

5    the policy consistent for inside as well as outside.

6    And so this bill is clarifying that this is a

7    substantive right and not a procedure and it's not

8    procedural in nature. And I'm happy to answer any

9    questions.

10           CHAIR MEMBER: Thank you, Representative

11   Loubet. Discussion to the bill?  Seeing none. Back to

12   Representative Loubet for summation?

13           REPRESENTATIVE LOUBET: I waive.

14           CHAIR MEMBER: Summation has been waived.

15   Voting will now be open and first substitute SB150,

16   Non-public Personal Information Amendments. Seeing

17   all present having voted, voting is now closed.

18   Senator Abbot? There we go. Seeing all present having

19   voted, voting is now closed. First substitute SB150

20   passed this body was 61 yes votes, zero no votes.

21   Will be signed by the speaker and sent to the Senate

22   for the signature of the president.

23           (The recording was concluded.)

24

25

1                    CERTIFICATE OF TRANSCRIBER

2              I, Lauren Bishop, do hereby certify that

3      the foregoing transcript is a true and correct record

4      of the recorded proceedings; that said proceedings

5      were transcribed to the best of my ability from the

6      audio recording and supporting information; and that

7      I am neither counsel for, related to, nor employed by

8      and of the parties to this case and have no interest,

9      financial or otherwise, in its outcome.

10

11

12       *Lauren Bishop*

13      _____

14      LAUREN BISHOP

15      PLANET DEPOS, LLC

16      MARCH 10, 2025

17

18

19

20

21

22

23

24

25

**A**

abbot
15:18
abbott
11:3
ability
16:5
able
11:8, 15:1,
15:2
about
4:23
absent
9:12
acknowledge
4:18
act
3:11, 3:16
action
3:19, 4:7,
5:14, 6:13,
6:18, 10:6,
10:12, 10:15,
10:17, 10:19,
10:24, 11:16,
11:18, 12:25,
14:16, 14:18,
14:22
actions
3:17, 4:1,
4:10, 5:3, 6:16,
6:21, 6:22,
10:22, 12:1,
15:3
adams
9:9, 9:10
address
14:20
after
5:13
again
5:18
against
3:19, 6:13,
6:21, 10:4,
11:9, 11:16,
14:14

agenda
3:7, 9:17
ago
6:15
ahead
12:13
all
4:9, 4:20,
5:10, 5:25,
9:20, 9:23,
11:2, 11:10,
11:13, 12:23,
13:18, 13:21,
15:17, 15:18
allow
6:20
allstate
14:20
along
11:2
also
3:18
always
10:6
amendment
9:18
amendments
1:11, 2:11,
2:20, 6:6, 6:9,
14:3, 14:6,
15:16
answer
15:8
anthony
1:9
any
5:8, 6:2,
12:20, 13:23,
15:8
anybody
5:5
anyone
4:19, 5:11
anything
10:10
apologize
14:12
applied
11:11, 13:12,

15:1
arguably
4:17
asked
10:23
association
12:15
attorney
9:25
attorneys
5:2, 10:1,
10:23, 11:12,
12:20
audio
16:6
auxier
11:23, 11:24,
12:5, 12:8
aye
5:25, 6:1, 7:6,
7:8, 7:10, 7:12,
7:14, 7:16,
7:18, 7:20,
7:22, 7:24, 8:1,
8:3, 8:5, 8:7,
8:9, 8:11, 8:13,
8:15, 8:19,
8:21, 8:23,
8:25, 9:2, 9:4,
9:6, 9:8, 9:10,
13:21, 13:22

**B**

back
5:14, 6:25,
15:11
balderree
7:5, 7:6
bar
4:1, 4:10,
6:17, 6:22,
10:6, 10:12,
10:15, 10:19,
10:21, 10:23,
14:21
barred
14:15
basically
10:14, 11:19

because
3:25, 4:15,
10:3, 10:19,
12:1, 12:2,
13:10
been
3:15, 10:6,
10:7, 10:24,
13:8, 15:14
being
9:12, 11:11
believe
5:4, 11:1
benefit
4:17
best
16:5
bifurcate
10:14
bifurcated
14:25
bill
3:6, 3:7, 3:9,
4:9, 4:16, 5:6,
5:12, 5:24, 6:8,
7:2, 9:11, 9:21,
9:25, 11:6,
11:19, 12:17,
14:6, 14:7,
14:11, 15:6,
15:11
bishop
1:19, 16:2,
16:14
bit
14:12
blouin
7:7, 7:8
body
9:12, 15:20
both
13:12
brammer
5:15, 5:16,
5:22, 7:9, 7:10
brevity
12:16
briefly
13:7

**bring**
3:17, 5:14,
11:8, 11:16,
12:1, 15:2
**brought**
5:2, 9:24
**businesses**
3:19, 4:7, 5:2,
6:13, 6:21,
10:3, 10:4,
11:9, 11:14,
14:14, 15:3

**C**

**call**
3:10, 7:4
**can't**
12:1, 15:3
**case**
3:22, 6:17,
10:10, 14:19,
16:8
**caught**
12:22
**certificate**
16:1
**certify**
16:2
**chair**
3:5, 3:8, 4:14,
4:25, 5:1, 5:7,
5:19, 5:21,
5:23, 6:2, 6:24,
7:3, 7:7, 7:9,
7:11, 7:13,
7:15, 7:17,
7:19, 7:21,
7:23, 7:25, 8:2,
8:4, 8:6, 8:8,
8:10, 8:12,
8:14, 8:16,
8:18, 8:20,
8:22, 8:24, 9:1,
9:3, 9:5, 9:7,
9:9, 9:16, 9:21,
11:3, 11:21,
11:25, 12:11,
12:14, 12:19,

13:2, 13:4,
13:14, 13:18,
13:23, 14:9,
15:10, 15:14
**changes**
6:22
**changing**
9:23
**chief**
1:8
**choice**
12:2
**city**
1:15
**civil**
10:13
**claims**
10:11, 11:8,
11:16
**clarify**
13:11
**clarifying**
11:22, 15:6
**class**
3:17, 3:19,
4:1, 4:7, 4:10,
5:3, 6:12, 6:16,
6:17, 6:20,
6:22, 10:6,
10:12, 10:15,
10:17, 10:19,
10:21, 10:23,
11:16, 11:18,
12:1, 14:16,
14:22, 15:3
**clerk**
14:4
**close**
5:13
**closed**
15:17, 15:19
**code**
10:24
**comment**
12:12, 12:24
**comments**
5:8, 11:23
**committee**
2:5, 2:14, 3:3,

5:9, 5:14, 9:14,
9:21, 11:22,
12:21, 12:24,
12:25
**companies**
3:12, 11:17,
15:2
**concluded**
15:23
**concludes**
12:24
**conflict**
4:19
**conflicts**
4:21
**congratulations**
13:24
**consequently**
4:5
**consideration**
9:13
**consistent**
15:5
**consistently**
13:12
**constituent**
9:25
**consumer**
3:14
**consumers**
6:14
**contemplated**
4:8
**correct**
12:4, 16:3
**could**
3:17, 3:24,
4:12, 4:16,
4:24, 14:25
**counsel**
16:7
**county**
1:2
**couple**
13:9
**court**
3:22, 4:3,
6:17, 10:10,

11:11, 11:16,
14:19, 14:22
**courts**
6:20, 10:16,
10:20, 13:10,
13:13
**created**
14:21
**criminal**
2:5, 3:3
**cullimore**
1:8, 2:11, 3:8,
4:24, 5:1, 5:20,
6:6, 6:10, 6:11,
7:1, 7:11, 7:12,
9:19, 9:20,
12:4, 12:7,
12:10, 13:15,
13:16, 13:25,
14:7
**cullimore's**
3:6
**current**
6:18, 11:11,
14:17

**D**

**damages**
3:18
**data**
6:14
**date**
1:21
**dave**
12:14
**davis**
12:14, 12:15
**day**
2:9, 2:18, 6:4,
11:6, 12:16,
14:1
**dealing**
6:13
**decades**
13:9
**deemed**
4:2, 4:12,
10:17

**depos**
16:15
**determine**
14:23
**determined**
10:21
**different**
10:20, 11:6
**directly**
14:20
**disagreement**
11:4
**disallows**
3:12
**disclose**
4:21
**disclosure**
11:9
**discussed**
6:12
**discussion**
5:24, 6:24,
11:6, 15:11
**ditto**
13:16, 13:18
**due**
6:16

**E**

**either**
5:11
**employed**
16:7
**enforcement**
2:4, 3:3
**escamilla**
7:13
**excerpt**
2:3, 2:4, 2:9,
2:14, 2:18, 3:2,
6:4, 9:14, 14:1
**exclusively**
11:13
**expressly**
3:16

**F**

**fairly**
5:24

**far**
11:13
**favor**
5:25, 13:21
**favorably**
13:2, 13:5,
13:20
**favorite**
13:2
**february**
2:15, 9:15
**federal**
4:3, 6:16,
6:20, 10:13,
10:16, 10:20,
11:11, 11:15,
13:13, 14:25
**female**
14:5
**few**
12:20
**fillmore**
7:13, 7:14
**financial**
16:9
**fine**
11:5
**firm**
4:16, 4:17
**firms**
4:6
**first**
6:7, 6:8, 7:2,
7:4, 9:10, 9:17,
13:3, 13:5,
13:20, 15:15,
15:19
**fixes**
11:17
**floor**
2:9, 2:18,
5:22, 6:4, 13:3,
14:1
**foregoing**
16:3
**forward**
10:17
**found**
4:4, 10:1

**full**
13:5
**further**
12:12, 13:19

**G**

**gather**
3:13
**general**
1:7
**gibson**
7:21, 7:22
**go**
3:5, 9:16,
11:21, 12:13,
12:24, 15:18
**going**
3:5, 3:15,
5:16, 6:24, 8:5
**good**
4:18, 12:17
**great**
12:8
**grove**
3:22, 10:10,
14:19
**grover**
7:15, 7:16
**guys**
13:25

**H**

**hands**
5:10, 5:13
**happen**
15:3
**happening**
15:1
**happy**
15:8
**harper**
7:17, 7:18
**heard**
5:5, 5:12
**hearing**
5:13
**here**
4:16, 8:11,

12:6
**hereby**
16:2
**highlight**
9:22
**hinkins**
7:19, 7:20
**house**
1:6, 1:9, 1:13,
2:14, 2:18,
9:13, 9:14,
13:3, 13:6, 14:1
**however**
10:9

**I**

**info**
2:10, 2:19
**information**
1:11, 3:11,
3:13, 6:5, 6:9,
9:18, 10:5,
11:10, 14:2,
14:6, 14:15,
15:16, 16:6
**inside**
15:5
**intended**
4:9, 11:18
**intent**
11:2, 13:11
**interest**
16:8
**interpretation**
13:10

**J**

**january**
2:6, 3:3
**job**
1:24
**johnson**
7:23, 7:24
**judiciary**
2:4, 2:14, 3:2,
9:14, 14:7
**justice**
2:5, 3:3

**K**

**keep**
15:4
**kind**
13:8
**kirk**
1:8
**know**
11:4, 11:13
**kwan**
7:25, 8:1

**L**

**lake**
1:2, 1:15
**lauren**
1:19, 16:2,
16:14
**law**
2:4, 3:2, 4:1,
4:6, 4:11, 4:15,
4:17, 5:4, 6:17,
10:18, 11:11,
12:3, 13:9,
14:13
**laws**
14:21
**lawsuit**
10:6, 10:17,
14:16
**lawsuits**
3:19, 10:4,
14:14
**lawyer**
4:15, 14:12
**layman's**
11:25
**legally**
3:9, 9:22,
14:11
**legislature**
3:16, 4:9,
4:20, 6:15, 11:2
**let's**
3:21, 13:14
**lights**
12:12, 13:19

**line**
12:23
**listening**
4:19
**little**
14:12
**llc**
16:15
**looking**
5:17
**loophole**
11:15, 11:17
**loubet**
1:9, 2:20,
12:25, 13:1,
13:7, 13:17,
14:3, 14:8,
14:9, 14:10,
15:11, 15:12,
15:13

**M**

**madam**
14:4
**making**
14:16
**male**
6:7, 14:4
**many**
10:1, 10:2
**march**
1:21, 16:16
**maybe**
12:21
**mccay**
8:2, 8:3
**mckell**
5:9, 8:4, 8:5
**mean**
11:7, 13:8
**means**
12:1
**member**
3:5, 4:14,
4:25, 5:7, 5:19,
5:21, 5:23, 6:2,
6:24, 7:3, 7:7,
7:9, 7:11, 7:13,

7:15, 7:17,
7:19, 7:21,
7:23, 7:25, 8:2,
8:4, 8:6, 8:8,
8:10, 8:12,
8:14, 8:16,
8:18, 8:20,
8:22, 8:24, 9:1,
9:3, 9:5, 9:7,
9:9, 9:16,
11:21, 12:11,
12:19, 13:4,
13:14, 13:18,
13:23, 14:9,
15:10, 15:14
**members**
6:1, 13:22
**merchants**
12:15
**might**
3:13, 11:5
**millner**
8:6, 8:7
**motion**
5:23, 5:25,
6:25, 7:1, 13:4,
13:20
**move**
5:17, 10:16,
10:23, 10:25,
13:2
**musselman**
8:8, 8:9

**N**

**nature**
9:22, 10:12,
10:18, 14:23,
14:25, 15:8
**nay**
9:11
**necessarily**
4:22
**necessary**
13:11
**neither**
16:7
**next**
3:5

**nobody**
3:17, 12:23
**non**
3:12, 6:8,
9:17, 14:14
**non-public**
3:11, 10:5,
11:9, 14:6,
15:16
**none**
15:11
**nonpublic**
1:11, 2:10,
2:19, 6:5, 14:2
**north**
1:14
**note**
5:24
**notice**
3:14
**number**
3:6, 5:17, 9:16

**O**

**okay**
3:8, 5:10,
5:23, 11:21,
11:25, 12:8,
12:11, 12:22,
12:23, 13:4,
13:18
**one**
9:12
**online**
12:20
**open**
9:25, 12:12,
15:15
**opposed**
4:11, 6:2,
6:19, 6:23,
13:23
**order**
12:16
**other**
10:1, 10:2
**otherwise**
16:9

**out**
10:1
**outcome**
16:9
**outside**
4:6, 11:14,
15:2, 15:5
**over**
10:9, 10:25
**owens**
8:10, 8:11
**own**
14:18

**P**

**page**
2:3
**pages**
1:25
**part**
12:2, 14:16
**parties**
16:8
**partner**
4:15
**pass**
7:2, 7:4
**passed**
3:10, 3:16,
15:20
**passes**
4:16, 6:3,
9:12, 13:23
**people**
14:17
**person**
5:11
**personal**
1:11, 2:10,
2:19, 3:11,
3:13, 6:5, 6:9,
9:18, 10:5,
11:10, 14:2,
14:6, 15:16
**pitcher**
8:12, 8:13
**place**
13:19

**plaintiff**
4:6, 11:12
**plaintiff's**
4:6
**planet**
16:15
**please**
4:25
**plumb**
8:14, 8:15
**plus**
3:15
**policy**
9:23, 10:7,
11:5, 11:8,
14:13, 14:17,
15:5
**present**
15:17, 15:18
**presentation**
4:13
**president**
6:11, 9:9,
9:10, 12:15,
15:22
**private**
14:18
**problem**
5:6
**procedural**
3:23, 4:3,
4:12, 6:19,
6:23, 10:12,
10:18, 10:21,
11:15, 14:23,
14:24, 15:8
**procedure**
10:13, 15:7
**procedures**
6:17, 14:25
**proceedings**
16:4
**prohibited**
3:18
**proper**
3:14
**provided**
3:18

**public**
3:13, 5:11,
5:13, 6:9, 9:18,
12:12, 12:24,
14:15
**purposes**
4:3
**puts**
4:10

**Q**

**question**
7:3
**questions**
5:9, 11:22,
15:9

**R**

**really**
9:23
**recall**
10:8
**received**
9:11
**recent**
13:10, 14:19
**recognized**
10:24, 10:25
**recommend**
5:17, 5:24,
13:2, 13:5,
13:20
**record**
16:3
**recorded**
16:4
**recording**
15:23, 16:6
**related**
4:8, 16:7
**remedies**
3:25, 4:4
**representative**
11:23, 11:24,
12:5, 12:8,
12:25, 13:1,
13:7, 13:17,
14:8, 14:9,

14:10, 15:10,
15:12, 15:13
**representatives**
1:6, 1:13
**required**
4:21
**retail**
12:15
**riebe**
8:16, 8:17
**right**
4:3, 4:4, 4:11,
4:12, 5:10,
6:23, 9:20,
10:16, 10:22,
11:1, 11:19,
12:23, 13:19,
14:18, 14:24,
15:7
**rights**
3:23, 3:24
**roll**
7:4
**rules**
6:2, 10:13

**S**

**said**
3:17, 14:21,
16:4
**salt**
1:2, 1:15
**sandall**
8:18, 8:19
**saw**
6:15
**say**
4:24, 5:25,
10:8, 10:11,
13:21
**saying**
12:6
**says**
4:20, 11:18,
14:14
**sb**
2:19, 4:10,
5:22, 9:17,

13:3, 13:5,
13:21, 14:2,
15:15, 15:19
**see**
3:21, 13:14
**seeing**
5:13, 6:24,
12:11, 13:19,
15:11, 15:16,
15:18
**seeking**
3:25
**seems**
12:16
**seen**
5:25
**selling**
3:12, 10:4,
14:14
**senate**
2:4, 2:9, 3:2,
3:7, 6:4, 6:7,
6:8, 7:2, 7:4,
9:10, 12:21,
14:5, 15:21
**senator**
3:6, 3:8, 4:24,
5:1, 5:9, 5:15,
5:16, 5:20,
5:22, 6:9, 6:11,
6:25, 7:1, 7:6,
7:8, 7:10, 7:12,
7:14, 7:16,
7:18, 7:20,
7:22, 7:24, 8:1,
8:3, 8:5, 8:6,
8:7, 8:9, 8:10,
8:11, 8:13,
8:15, 8:17,
8:19, 8:21,
8:23, 8:25, 9:2,
9:4, 9:6, 9:8,
9:18, 9:20,
11:25, 12:4,
12:7, 12:10,
13:14, 13:16,
13:25, 14:7,
15:18

**senators**
7:5
**sent**
9:13, 15:21
**separate**
4:1
**session**
1:7
**severable**
4:2, 4:12
**severed**
3:24
**shady**
3:22, 10:10,
14:19
**shall**
7:4
**should**
5:4, 6:16,
11:8, 12:17
**show**
5:10
**signature**
15:22
**signature-sc3**
16:12
**signed**
15:21
**simply**
4:10
**since**
10:8, 14:17
**some**
11:4, 14:21
**something**
13:8
**somewhat**
3:9, 9:21
**speak**
13:6, 14:12
**speaker**
6:7, 14:4,
14:11, 15:21
**spealer**
14:5
**spoke**
12:21
**sponsor**
1:8, 1:9

**sponsors**
14:8
**state**
1:1, 1:14, 4:1,
4:15, 5:4, 5:5,
10:3, 10:18,
11:12, 13:12
**statute**
6:18, 14:22
**statutory**
3:18
**stevenson**
8:20, 8:21
**still**
14:18
**stratton**
8:22, 8:23
**sub**
9:10, 10:15,
13:3, 13:5,
13:21
**subject**
5:3
**subsection**
4:2, 10:20
**subsitive**
11:19
**substantive**
3:24, 4:4,
4:11, 6:19,
6:23, 10:16,
10:22, 11:1,
14:24, 15:7
**substitute**
6:7, 6:8, 7:2,
9:17, 14:5,
15:15, 15:19
**substituted**
6:18
**suggested**
3:22
**suing**
4:7, 11:14
**suite**
1:14
**suits**
4:7, 6:13
**summation**
15:12, 15:14

**supporting**
16:6
**supportive**
10:2
**supreme**
3:22, 10:9,
14:19

**T**

**talked**
11:3
**technical**
3:9, 9:22,
14:11
**terms**
11:25
**thank**
3:8, 4:23, 6:3,
6:11, 7:3, 9:20,
11:21, 11:24,
12:8, 12:11,
12:13, 12:14,
13:1, 13:25,
14:10, 15:10
**thanks**
12:18
**thatcher**
8:24, 8:25
**therefore**
6:20
**thing**
4:18
**think**
4:17, 5:7,
13:8, 13:10
**three**
3:6
**today**
12:17
**transactions**
3:14
**transcribed**
1:18, 16:5
**transcriber**
16:1
**transcript**
16:3
**transcription**
1:21

**true**
16:3
**trying**
15:4
**two**
9:16
**type**
10:6
**types**
3:25, 10:11

**U**

**unanimously**
6:3, 13:24
**unawares**
12:22
**under**
5:4, 6:18,
10:13
**underlying**
11:5, 11:7,
12:2
**understood**
13:9
**upfront**
4:22
**using**
11:14
**utah**
1:1, 1:6, 1:13,
1:15, 3:10, 4:6,
4:7, 4:16, 5:2,
5:5, 6:13, 6:21,
9:23, 10:3,
10:7, 10:20,
10:24, 11:12,
11:14, 11:16,
12:15, 14:13,
15:2, 15:4

**V**

**versus**
14:19
**vickers**
9:1, 9:2
**violation**
3:20
**virtually**
5:12

**vote**
7:4, 12:17,
14:8
**voted**
15:17, 15:19
**votes**
9:11, 9:12,
15:20
**voting**
15:15, 15:17,
15:19

**W**

**waive**
15:13
**waived**
15:14
**want**
4:14, 4:18,
9:22, 10:8, 13:6
**way**
13:12
**we'll**
5:13, 9:16
**we're**
3:5, 4:21,
12:6, 15:4
**we've**
4:5
**weiler**
9:3, 9:4
**whatever**
10:5
**whether**
11:8, 14:23
**wilson**
9:5, 9:6
**winterton**
9:7, 9:8
**wisdom**
6:15
**within**
5:5, 15:4
**without**
3:14

**Y**

**yay**
9:11

**yeah**
4:25, 5:7,
5:21, 12:10
**years**
3:15, 6:15,
10:9, 10:25
**yesterday**
6:12

**Z**

**zero**
9:11, 15:20

**0**

**00**
2:12, 2:16,
2:21, 6:6, 9:15,
14:3
**01**
2:7, 3:4
**02**
2:7, 3:4
**04**
2:16, 2:21,
9:15, 14:3
**06**
2:16, 9:15

**1**

**1**
6:7, 14:4, 14:5
**10**
1:21, 16:16
**1001**
14:8
**12**
2:9, 2:16, 6:5,
9:15
**14**
2:21
**150**
2:10, 2:19,
3:7, 4:10, 5:20,
5:21, 5:22, 6:5,
6:8, 7:2, 7:4,
9:11, 9:17,
13:3, 13:5,
13:21, 14:2,

**14:6, 15:15,**
15:19
**16**
1:25
**18**
2:12, 6:6
**19**
2:12, 6:6
**1sb**
2:10, 6:5

**2**

**2**
2:9, 2:18, 6:5,
14:2
**20**
2:12, 2:15,
3:15, 6:6, 6:15,
9:15, 10:9,
10:25
**2000**
3:21
**2003**
3:10, 3:16,
10:8, 14:17
**2010**
3:21
**2025**
1:7, 1:21, 2:6,
2:9, 2:15, 2:18,
3:4, 6:5, 9:15,
14:2, 16:16
**23**
2:9, 6:4
**25**
2:15, 9:15
**26**
2:18, 14:2
**28**
9:11

**3**

**31**
2:6, 3:4
**32**
2:7, 3:4
**35**
2:7, 3:4

**350**
1:14
**36**
2:18, 14:1

**4**

**49**
2:16, 9:15

**5**

**52**
2:7, 2:21, 3:4,
14:3
**53**
2:12, 2:21,
6:6, 14:3
**57**
2:21, 14:3
**575819**
1:24

**6**

**61**
15:20

**8**

**84114**
1:15

**9**

**92**
16:12