# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHANNON ARNSTEIN, *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>SUNDANCE HOLDINGS GROUP, L.L.C.,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING DEFENDANT'S SECOND MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT UNDER RULE 12(b)(1)**<br><br>Civil No. 2:24-cv-00344-RJS-DAO<br><br>Judge Robert J. Shelby<br>Magistrate Daphne A. Oberg |

Defendant Sundance Holdings Group, L.L.C. ("Sundance" or "Defendant"), has moved the Court to Dismiss Plaintiffs' Amended Complaint under Rule 12(b)(1). Upon consideration of Defendant's Second Motion to Dismiss Plaintiffs' Amended Complaint under Rule 12(b)(1) (the "motion"), the points and authorities cited therein, and the entire record, the Court GRANTS the Defendant's motion and this case is DISMISSED WITH PREJUDICE.

**SO ORDERED.**

Dated:                                             _____
                                                   Robert J. Shelby
                                                   United States District Chief Judge