**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SHANNON ARNSTEIN, *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> SUNDANCE HOLDINGS GROUP, L.L.C., <br><br> Defendant. | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY UNTIL THE COURT RULES ON DEFENDANT'S SECOND MOTION TO DISMISS** <br><br> Civil No. 2:24-cv-00344-RJS-DAO <br><br> Judge Robert J. Shelby <br> Magistrate Daphne A. Oberg |

Defendant Sundance Holdings Group, L.L.C. ("Sundance" or "Defendant"), has moved the Court to Stay Discovery Until the Court Rules on Defendant's Second Motion to Dismiss. Upon consideration of Defendant's Motion to Stay Discovery Until the Court Rules on Defendant's Second Motion to Dismiss (the "motion"), the points and authorities cited therein, and the entire record, the Court GRANTS the Defendant's motion and DISCOVERY is STAYED pending resolution of Defendant's Second Motion to Dismiss.

**SO ORDERED.**

Dated: _____

_____
Robert J. Shelby
United States District Chief Judge