FRANK S. HEDIN (Admitted *Pro Hace Vice,* ECF No. 34)
ELLIOT O. JACKSON (Admitted *Pro Hace Vice,* ECF No. 22)
**HEDIN LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com
          ejackson@hedinllp.com

DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone: (801) 322-2002
Facsimile: (801) 912-0320
E-Mail: dws@psplawyers.com

*Counsel for Plaintiffs and Putative Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SHANNON ARNSTEIN; DANA BASSETT; MARTIKA GARTMAN; SUELLEN HENDRIX; DEBRA MACKLIN; JEANINE MARK; MICHELLE MEINHOLD; MARIE MICHELS; JILLI OYENQUE; BARBARA PORTER; and ELIZABETH WUEBKER, individually and on behalf of all others similarly situated,<br>              Plaintiffs,<br>    v.<br><br>SUNDANCE HOLDINGS GROUP, L.L.C.,<br>              Defendant. | **STIPULATED MOTION FOR EXTENSION OF TIME**<br><br><br>Case No. 2:24-cv-00344-RJS-DAO<br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Daphne A. Oberg |

The Parties, by and through their undersigned counsel, respectfully file this stipulated motion (ECF No. 57) for an extension of time for Plaintiffs to respond to Defendant's Motion to Stay Discovery (ECF No. 55). To accommodate for previously planned travel that could not be rescheduled and for unexpected matters requiring Plaintiffs' counsels' immediate attention, the Parties agreed to extend Plaintiffs' current deadline from April 11, 2025 to April 18, 2025.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' deadline to respond to Defendant's Motion to Stay Discovery Until the Court Rules on Defendant's Second Motion to Dismiss (ECF No. 55) shall be April 18, 2025.

Dated: April 8, 2025

**VENABLE LLP**

/s/ Liz Clark Rinehart
Liz Clark Rinehart

Attorney for Defendant

Respectfully submitted,

**PETERS | SCOFIELD**
*A Professional Corporation*

/s/ David W. Scofield
David W. Scofield

-and-

**HEDIN LLP**
FRANK S. HEDIN*
ELLIOT O. JACKSON (pro hac vice)

*Counsel for Plaintiffs and Putative Class*

2