# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| SHANNON ARNSTEIN; DANA BASSETT; MARTIKA GARTMAN; SUELLEN HENDRIX; DEBRA MACKLIN; JEANINE MARK; MICHELLE MEINHOLD; MARIE MICHELS; JILLI OYENQUE; BARBARA PORTER; and ELIZABETH WUEBKER, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>  v.<br><br>SUNDANCE HOLDINGS GROUP, L.L.C.,<br><br>            Defendant. | **ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>Case No. 2:24-cv-00344-RJS-DAO<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Now before the court is the Parties' Stipulated Motion for Extension of Time (ECF No. 57) (the "Motion"). Having reviewed the Motion, and good cause appearing, it is **ORDERED** the Motion be, and the same hereby is, **GRANTED**. Plaintiff's opposition memorandum to the motion to stay discovery (ECF No. 55) may be filed on or before **April 18, 2025**.

**SO ORDERED** this _____ day of April 2025.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge