# EXHIBIT A

1          STATE OF UTAH

2       COUNTY OF SALT LAKE

3

4

5

6      Utah House of Representatives

7        2025 GENERAL SESSION

8   Chief Sponsor: Kirk A. Cullimore

9   House Sponsor: Anthony E. Loubet

10

11   NONPUBLIC PERSONAL INFORMATION AMENDMENTS

12

13      Utah House of Representatives

14       350 North State, Suite 350

15      Salt Lake City, Utah 84114

16

17

18          Transcribed by:

19          Lauren Bishop

20

21   Transcription Date: March 10, 2025

22

23

24   Job No.:  575819

25   Pages:  1 - 16

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025                                    2

```
1                           I N D E X

2

3       EXCERPT                                      PAGE

4       Excerpt 1 - Senate Judiciary, Law Enforcement

5                  and Criminal Justice Committee -

6                  January 31, 2025

7                  01:32:02 - 01:35:52                 3

8

9       Excerpt 3 - Senate Floor, Day 23 (2/12/2025)

10                 [1SB150 Nonpublic Personal Info.

11                 Amendments, Cullimore]

12                 00:18:19 - 00:20:53                 6

13

14      Excerpt 2 - House Judiciary Committee

15                 February 20, 2025

16                 00:06:49 - 00:12:04                 9

17

18      Excerpt 4 - House Floor, Day 36 (2/26/2025)

19                 [SB150 Nonpublic Personal Info.

20                 Amendments, Loubet]

21                 00:53:52 - 00:57:04                 14

22

23

24

25
```

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025                                    3

1              P R O C E E D I N G S

2              (Excerpt 1 - Senate Judiciary, Law

3      Enforcement, and Criminal Justice Committee - January

4      31, 2025 from 01:32:02 to 01:35:52)

5              CHAIR MEMBER: We're next going to go to

6      Senator Cullimore's bill. This is number three on our

7      agenda, Senate Bill 150.

8              SENATOR CULLIMORE: Okay. Thank you, Chair.

9      So this -- this is a somewhat legally technical bill,

10     but in 2003 Utah passed the -- what would we call it?

11     The Non-public Personal Information Act. And what it

12     does is it disallows companies from selling non-

13     public personal information that they might gather in

14     consumer transactions without proper notice. And

15     that's been going well for 20 plus years and when the

16     legislature passed that Act in 2003, they expressly

17     said that nobody could bring class actions on -- they

18     provided for statutory damages but also prohibited

19     class action lawsuits against businesses that may be

20     in violation of this.

21             In 2000 -- let's see. 2010, there was a

22     U.S. Supreme Court case, Shady Grove, that suggested

23     that procedural -- procedural rights, if they're not

24     substantive rights, could be -- could be severed when

25     seeking these types of remedies. And because our

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025                                    4

1    state law has the bar to class actions as a separate

2    subsection, it was deemed to be a severable

3    procedural right for Federal Court purposes and not a

4    substantive right as found in the remedies. And so

5    consequently what we've had now is we have

6    Plaintiff's -- Plaintiff law firms outside of Utah

7    now suing Utah businesses for class action suits

8    related to this, which was not contemplated by the

9    legislature, not intended, and so all this bill does,

10   SB150, is it simply puts the bar to class actions as

11   a substantive right in the law as opposed to what

12   could be deemed a severable procedural right.

13           That's the presentation.

14           CHAIR MEMBER: I just -- I want to just

15   state because I'm a lawyer and a partner at a law

16   firm here in Utah. If this bill passes, it could

17   arguably benefit my law firm and I think that's a

18   good thing, but I do want to acknowledge that I do

19   have that conflict and for anyone that's listening,

20   in the legislature where it says legislature, we all

21   have conflicts, so we're required to disclose them.

22   Not necessarily how I did but I like to be upfront

23   about that but, thank you.

24           SENATOR CULLIMORE: If I could just say --

25           CHAIR MEMBER: Yeah, please.

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025                    5

1           SENATOR CULLIMORE: -- Chair? This with has

2    brought to me by attorneys and businesses in Utah

3    that are now subject to class actions that did not

4    believe they should be under state law. I have not

5    heard from anybody within the state of Utah that has

6    a problem with this bill.

7           CHAIR MEMBER: Yeah. And I don't think you

8    will. So, let me ask if there's any comments from --

9    or questions from the committee? Senator McKell? No.

10   Okay. All right. Let me ask by a show of hands if

11   there's anyone from the public, either in person or

12   virtually, who would like to be heard on this bill?

13   We'll close the public hearing after seeing no hands

14   and bring it back to the committee for action.

15   Senator Brammer?

16          SENATOR BRAMMER: I was -- I was going to

17   recommend that we move -- looking for the number

18   again.

19          CHAIR MEMBER: It's --

20          SENATOR CULLIMORE: 150.

21          CHAIR MEMBER: Yeah. 150.

22          SENATOR BRAMMER: SB150 to the floor.

23          CHAIR MEMBER: Okay. We have a motion to

24   fairly recommend the bill. Discussion to that note

25   motion seen then. All in favor, say aye.

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025                                6

1          MEMBERS: Aye.

2          CHAIR MEMBER: Any opposed? Chair rules

3    that passes 6 to 0 unanimously. Thank you.

4          (Excerpt 3 - Senate Floor, Day 23

5    (2/12/2025) [1SB150 Nonpublic Personal Information

6    Amendments, Cullimore] from 00:18:19 - 00:20:53)

7          MALE SPEAKER 1: First substitute Senate

8    Bill 150. First substitute Senate Bill 150, Non-

9    public Personal Information Amendments, Senator

10   Cullimore.

11         SENATOR CULLIMORE: Thank you, president.

12   As discussed yesterday, this has to do with class

13   action suits against Utah businesses that are dealing

14   with data that they may have from consumers. The

15   legislature in their wisdom 20 years ago saw that we

16   should not have class actions but due to federal

17   court procedures and case law that bar on class

18   action under our current statute, can be substituted

19   as -- or procedural, as opposed to substantive and

20   therefore it the federal courts would allow class

21   actions against Utah businesses. And so this just

22   changes it to where the bar on class actions is a

23   substantive right as opposed to procedural.

24         CHAIR MEMBER: Seeing no discussion, going

25   back to you for a motion, Senator.

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025                    7

1          SENATOR CULLIMORE: My motion is that we

2    pass first substitute Senate Bill 150.

3          CHAIR MEMBER: Thank you. The question is

4    shall the first Senate 150 pass? Roll call vote.

5    Senators Balderree?

6          SENATOR BALDERREE: Aye.

7          CHAIR MEMBER: Blouin?

8          SENATOR BLOUIN: Aye.

9          CHAIR MEMBER: Brammer?

10          SENATOR BRAMMER: Aye.

11          CHAIR MEMBER: Cullimore?

12          SENATOR CULLIMORE: Aye.

13          CHAIR MEMBER: Escamilla? Fillmore?

14          SENATOR FILLMORE: Aye.

15          CHAIR MEMBER: Grover?

16          SENATOR GROVER: Aye.

17          CHAIR MEMBER: Harper?

18          SENATOR HARPER: Aye.

19          CHAIR MEMBER: Hinkins?

20          SENATOR HINKINS: Aye.

21          CHAIR MEMBER: Gibson?

22          SENATOR GIBSON: Aye.

23          CHAIR MEMBER: Johnson?

24          SENATOR JOHNSON: Aye.

25          CHAIR MEMBER: Kwan?

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025                                    8

```
1    SENATOR KWAN: Aye.

2    CHAIR MEMBER: McCay?

3    SENATOR MCCAY: Aye.

4    CHAIR MEMBER: McKell?

5    SENATOR MCKELL: It is going to be an aye.

6    CHAIR MEMBER: Millner? Senator Millner.

7    SENATOR MILLNER: Aye.

8    CHAIR MEMBER: Musselman?

9    SENATOR MUSSELMAN: Aye.

10   CHAIR MEMBER: Owens? Senator Owens?

11   SENATOR OWENS: I am here. Aye.

12   CHAIR MEMBER: Pitcher?

13   SENATOR PITCHER: Aye.

14   CHAIR MEMBER: Plumb?

15   SENATOR PLUMB: Aye.

16   CHAIR MEMBER: Riebe?

17   SENATOR RIEBE: Yes.

18   CHAIR MEMBER: Sandall?

19   SENATOR SANDALL: Aye.

20   CHAIR MEMBER: Stevenson?

21   SENATOR STEVENSON: Aye.

22   CHAIR MEMBER: Stratton?

23   SENATOR STRATTON: Aye.

24   CHAIR MEMBER: Thatcher?

25   SENATOR THATCHER: Aye.
```

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025                              9

```
1              CHAIR MEMBER: Vickers.

2              SENATOR VICKERS: Aye.

3              CHAIR MEMBER: Weiler?

4              SENATOR WEILER: Aye.

5              CHAIR MEMBER: Wilson?

6              SENATOR WILSON: Aye.

7              CHAIR MEMBER: Winterton.

8              SENATOR WINTERTON: Aye.

9              CHAIR MEMBER: President Adams?

10             PRESIDENT ADAMS: Aye. First sub to Senate

11   Bill 150 having received 28 yay votes, zero nay

12   votes. One being absent. Passes this body and will be

13   sent to the house for their consideration.

14             (Excerpt 2 - House Judiciary Committee -

15   February 20, 2025 from 00:06:49 - 00:12:04)

16             CHAIR MEMBER: We'll now go to number two

17   on the agenda, which is first substitute SB150, Non-

18   Public Personal Information Amendment, Senator

19   Cullimore.

20             SENATOR CULLIMORE: All right. Thank you,

21   Chair, committee. So this bill is -- is somewhat

22   legally technical in nature and I want to highlight

23   that it's not really changing policy of Utah at all.

24   But what this -- what this does, this was brought to

25   me by a constituent attorney and when I open the bill
```

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025                                    10

1    I found out that there are many other attorneys that

2    were supportive of this as well as many other

3    businesses in the state of Utah. Because what this

4    does is for lawsuits against businesses for selling

5    or whatever non-public personal information. There's

6    always been a bar on a class action type lawsuit for

7    this and that -- that has been the policy of Utah

8    since -- as I recall, I want to say it was like 2003.

9    So over 20 years. However, there was a U.S. Supreme

10   Court case, Shady Grove, that didn't have anything to

11   do with these types of claims. But it did say that if

12   a bar to class action is procedural in nature, that

13   under Federal -- Federal Rules of Civil Procedure,

14   they can -- they can basically bifurcate this and if

15   it's not a sub -- if the bar to class action was not

16   a substantive right, that federal courts can move

17   forward with a class action lawsuit. If they deemed

18   that the that the state law was procedural in nature.

19   But because the bar to class action in this was a

20   different subsection, the federal courts in Utah have

21   determined that this is a procedural bar to class

22   actions and not a substantive right. And so what the

23   attorneys have asked for is to move this bar to class

24   action, which has been recognized in Utah code for

25   over 20 years to move it so that it is recognized at

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025                                    11

1   a -- as a substantive right, which I believe was the

2   intent of the of the legislature all along.

3           And I talked to a Chair Abbott and, you

4   know, there may be some disagreement with the

5   underlying policy and that's fine. That might be a

6   discussion for a different day. That's not this bill.

7   And -- and what I mean by that is the underlying

8   policy of whether you should be able to bring claims

9   against businesses for the disclosure of non-public

10  personal information and all that. But, as it is, the

11  current law is not being applied in federal court in

12  the state of Utah. So, plaintiff attorneys -- and

13  they're all exclusively as -- as far as I know

14  outside of Utah, suing Utah businesses -- are using

15  this procedural loophole, if you will, in federal

16  court to bring class action claims against Utah

17  companies. So this this fixes that loophole and just

18  says, no, we intended for the class action to be a

19  subsitive right and that's basically what this bill

20  does.

21          CHAIR MEMBER: Okay. Thank you. We will go

22  to the committee for clarifying questions or

23  comments. Representative Auxier.

24          REPRESENTATIVE AUXIER: Thank you, Mr.

25  Chair. Okay, Senator. So in layman's terms, this

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025                                    12

1    means that you can't bring class actions not because

2    of choice, but because it's part of the underlying

3    law. Is that --

4              SENATOR CULLIMORE: Correct.

5              REPRESENTATIVE AUXIER: -- that's what

6    we're saying here?

7              SENATOR CULLIMORE: Yes.

8              REPRESENTATIVE AUXIER: Okay. Great. Thank

9    you.

10             SENATOR CULLIMORE: Yeah.

11             CHAIR MEMBER: Okay. Thank you. Seeing no

12   further lights, we will open it to public comment.

13   Thank you. Go ahead.

14             MR. DAVIS: Thank you, Mr. Chair. Dave

15   Davis, president of Utah Retail Merchants Association

16   and it seems like brevity is the order of the day

17   today. This is a good bill. You should vote for it.

18   Thanks.

19             CHAIR MEMBER: Are there -- there may not

20   be any attorneys online. There were a few attorneys

21   that spoke to it an the senate committee but maybe

22   they're -- they're caught unawares or didn't -- okay.

23   There's nobody on the line. Okay. So all right, that

24   concludes public comment. We will go to the committee

25   for Committee Action. Representative Loubet?

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025                                    13

1          REPRESENTATIVE LOUBET: Thank you, Mr.

2    Chair. I move that we favorite -- favorably recommend

3    SB150 first sub to the house floor.

4          CHAIR MEMBER: Okay. So the motion is to

5    favorably recommend first sub SB150 to the full

6    House. Do you want to speak to that?

7          REPRESENTATIVE LOUBET: Just briefly. I

8    mean, I think this is something that's been kind of

9    the understood law for -- for couple decades, but,

10   because of recent courts' interpretation, I think

11   this is necessary to clarify what the intent was and

12   so that way it's applied consistently both in state

13   and federal courts.

14         CHAIR MEMBER: And let's see, Senator

15   Cullimore?

16         SENATOR CULLIMORE: I'll -- I'll ditto

17   Representative Loubet.

18         CHAIR MEMBER: Okay. Ditto. Got that. All

19   right. Seeing no further lights we will place the

20   motion. So the motion is to favorably recommend first

21   sub SB150. All in favor say aye.

22         MEMBERS: Aye.

23         CHAIR MEMBER: Any opposed? Passes

24   unanimously. Congratulations.

25         SENATOR CULLIMORE: Thank you, guys.

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025                                    14

1              (Excerpt 4 - House Floor, Day 36

2    (2/26/2025) [SB150 Nonpublic Personal Information

3    Amendments, Loubet] from 00:53:52 - 00:57:04)

4              MALE SPEAKER 1: Madam Clerk?

5              FEMALE SPEAKER 1: For substitute Senate

6    Bill 150, Non-public Personal Information Amendments

7    by Senator Cullimore. This bill is Judiciary with a

8    vote of 1001 to have sponsors. Representative Loubet?

9              CHAIR MEMBER: Representative Loubet?

10             REPRESENTATIVE LOUBET: Thank you, Mr.

11   Speaker. This bill is legally technical. So if I have

12   to lawyer speak for a little bit, I apologize.

13             In Utah, we have a law and a policy that

14   says for lawsuits against businesses for selling non-

15   public information, that they are -- you're barred

16   from making us a part of a class action lawsuit. So

17   that's the current policy since 2003. People will

18   still have their own private right of action. There

19   was a recent Supreme Court case, Shady Grove versus

20   Allstate, that didn't directly address this but

21   created some laws that said that if there's a bar to

22   a class action in a statute, the court would

23   determine whether it was procedural in nature or if

24   it was a substantive right. If it was procedural in

25   nature, it could be bifurcated and federal procedures

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025                          15

1   would be able to be applied. So, what's happening is,

2   outside companies are able to bring in Utah

3   businesses in a class actions, but that can't happen

4   within Utah. And so what we're trying to do is keep

5   the policy consistent for inside as well as outside.

6   And so this bill is clarifying that this is a

7   substantive right and not a procedure and it's not

8   procedural in nature. And I'm happy to answer any

9   questions.

10          CHAIR MEMBER: Thank you, Representative

11  Loubet. Discussion to the bill?  Seeing none. Back to

12  Representative Loubet for summation?

13          REPRESENTATIVE LOUBET: I waive.

14          CHAIR MEMBER: Summation has been waived.

15  Voting will now be open and first substitute SB150,

16  Non-public Personal Information Amendments. Seeing

17  all present having voted, voting is now closed.

18  Senator Abbot? There we go. Seeing all present having

19  voted, voting is now closed. First substitute SB150

20  passed this body was 61 yes votes, zero no votes.

21  Will be signed by the speaker and sent to the Senate

22  for the signature of the president.

23          (The recording was concluded.)

24

25

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025                    16

```
1              CERTIFICATE OF TRANSCRIBER

2         I, Lauren Bishop, do hereby certify that

3    the foregoing transcript is a true and correct record

4    of the recorded proceedings; that said proceedings

5    were transcribed to the best of my ability from the

6    audio recording and supporting information; and that

7    I am neither counsel for, related to, nor employed by

8    and of the parties to this case and have no interest,

9    financial or otherwise, in its outcome.

10

11

12        _Lauren Bishop_

13   _____

14   LAUREN BISHOP

15   PLANET DEPOS, LLC

16   MARCH 10, 2025

17

18

19

20

21

22

23

24

25
```

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025                    17

## A

**abbot**
15:18
**abbott**
11:3
**ability**
16:5
**able**
11:8, 15:1,
15:2
**about**
4:23
**absent**
9:12
**acknowledge**
4:18
**act**
3:11, 3:16
**action**
3:19, 4:7,
5:14, 6:13,
6:18, 10:6,
10:12, 10:15,
10:17, 10:19,
10:24, 11:16,
11:18, 12:25,
14:16, 14:18,
14:22
**actions**
3:17, 4:1,
4:10, 5:3, 6:16,
6:21, 6:22,
10:22, 12:1,
15:3
**adams**
9:9, 9:10
**address**
14:20
**after**
5:13
**again**
5:18
**against**
3:19, 6:13,
6:21, 10:4,
11:9, 11:16,
14:14

**agenda**
3:7, 9:17
**ago**
6:15
**ahead**
12:13
**all**
4:9, 4:20,
5:10, 5:25,
9:20, 9:23,
11:2, 11:10,
11:13, 12:23,
13:18, 13:21,
15:17, 15:18
**allow**
6:20
**allstate**
14:20
**along**
11:2
**also**
3:18
**always**
10:6
**amendment**
9:18
**amendments**
1:11, 2:11,
2:20, 6:6, 6:9,
14:3, 14:6,
15:16
**answer**
15:8
**anthony**
1:9
**any**
5:8, 6:2,
12:20, 13:23,
15:8
**anybody**
5:5
**anyone**
4:19, 5:11
**anything**
10:10
**apologize**
14:12
**applied**
11:11, 13:12,

15:1
**arguably**
4:17
**asked**
10:23
**association**
12:15
**attorney**
9:25
**attorneys**
5:2, 10:1,
10:23, 11:12,
12:20
**audio**
16:6
**auxier**
11:23, 11:24,
12:5, 12:8
**aye**
5:25, 6:1, 7:6,
7:8, 7:10, 7:12,
7:14, 7:16,
7:18, 7:20,
7:22, 7:24, 8:1,
8:3, 8:5, 8:7,
8:9, 8:11, 8:13,
8:15, 8:19,
8:21, 8:23,
8:25, 9:2, 9:4,
9:6, 9:8, 9:10,
13:21, 13:22

## B

**back**
5:14, 6:25,
15:11
**balderree**
7:5, 7:6
**bar**
4:1, 4:10,
6:17, 6:22,
10:6, 10:12,
10:15, 10:19,
10:21, 10:23,
14:21
**barred**
14:15
**basically**
10:14, 11:19

**because**
3:25, 4:15,
10:3, 10:19,
12:1, 12:2,
13:10
**been**
3:15, 10:6,
10:7, 10:24,
13:8, 15:14
**being**
9:12, 11:11
**believe**
5:4, 11:1
**benefit**
4:17
**best**
16:5
**bifurcate**
10:14
**bifurcated**
14:25
**bill**
3:6, 3:7, 3:9,
4:9, 4:16, 5:6,
5:12, 5:24, 6:8,
7:2, 9:11, 9:21,
9:25, 11:6,
11:19, 12:17,
14:6, 14:7,
14:11, 15:6,
15:11
**bishop**
1:19, 16:2,
16:14
**bit**
14:12
**blouin**
7:7, 7:8
**body**
9:12, 15:20
**both**
13:12
**brammer**
5:15, 5:16,
5:22, 7:9, 7:10
**brevity**
12:16
**briefly**
13:7

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025

18

**bring**
3:17, 5:14,
11:8, 11:16,
12:1, 15:2
**brought**
5:2, 9:24
**businesses**
3:19, 4:7, 5:2,
6:13, 6:21,
10:3, 10:4,
11:9, 11:14,
14:14, 15:3

**C**

**call**
3:10, 7:4
**can't**
12:1, 15:3
**case**
3:22, 6:17,
10:10, 14:19,
16:8
**caught**
12:22
**certificate**
16:1
**certify**
16:2
**chair**
3:5, 3:8, 4:14,
4:25, 5:1, 5:7,
5:19, 5:21,
5:23, 6:2, 6:24,
7:3, 7:7, 7:9,
7:11, 7:13,
7:15, 7:17,
7:19, 7:21,
7:23, 7:25, 8:2,
8:4, 8:6, 8:8,
8:10, 8:12,
8:14, 8:16,
8:18, 8:20,
8:22, 8:24, 9:1,
9:3, 9:5, 9:7,
9:9, 9:16, 9:21,
11:3, 11:21,
11:25, 12:11,
12:14, 12:19,

13:2, 13:4,
13:14, 13:18,
13:23, 14:9,
15:10, 15:14
**changes**
6:22
**changing**
9:23
**chief**
1:8
**choice**
12:2
**city**
1:15
**civil**
10:13
**claims**
10:11, 11:8,
11:16
**clarify**
13:11
**clarifying**
11:22, 15:6
**class**
3:17, 3:19,
4:1, 4:7, 4:10,
5:3, 6:12, 6:16,
6:17, 6:20,
6:22, 10:6,
10:12, 10:15,
10:17, 10:19,
10:21, 10:23,
11:16, 11:18,
12:1, 14:16,
14:22, 15:3
**clerk**
14:4
**close**
5:13
**closed**
15:17, 15:19
**code**
10:24
**comment**
12:12, 12:24
**comments**
5:8, 11:23
**committee**
2:5, 2:14, 3:3,

5:9, 5:14, 9:14,
9:21, 11:22,
12:21, 12:24,
12:25
**companies**
3:12, 11:17,
15:2
**concluded**
15:23
**concludes**
12:24
**conflict**
4:19
**conflicts**
4:21
**congratulations**
13:24
**consequently**
4:5
**consideration**
9:13
**consistent**
15:5
**consistently**
13:12
**constituent**
9:25
**consumer**
3:14
**consumers**
6:14
**contemplated**
4:8
**correct**
12:4, 16:3
**could**
3:17, 3:24,
4:12, 4:16,
4:24, 14:25
**counsel**
16:7
**county**
1:2
**couple**
13:9
**court**
3:22, 4:3,
6:17, 10:10,

11:11, 11:16,
14:19, 14:22
**courts**
6:20, 10:16,
10:20, 13:10,
13:13
**created**
14:21
**criminal**
2:5, 3:3
**cullimore**
1:8, 2:11, 3:8,
4:24, 5:1, 5:20,
6:6, 6:10, 6:11,
7:1, 7:11, 7:12,
9:19, 9:20,
12:4, 12:7,
12:10, 13:15,
13:16, 13:25,
14:7
**cullimore's**
3:6
**current**
6:18, 11:11,
14:17

**D**

**damages**
3:18
**data**
6:14
**date**
1:21
**dave**
12:14
**davis**
12:14, 12:15
**day**
2:9, 2:18, 6:4,
11:6, 12:16,
14:1
**dealing**
6:13
**decades**
13:9
**deemed**
4:2, 4:12,
10:17

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025

19

**depos**
16:15
**determine**
14:23
**determined**
10:21
**different**
10:20, 11:6
**directly**
14:20
**disagreement**
11:4
**disallows**
3:12
**disclose**
4:21
**disclosure**
11:9
**discussed**
6:12
**discussion**
5:24, 6:24,
11:6, 15:11
**ditto**
13:16, 13:18
**due**
6:16

**E**

**either**
5:11
**employed**
16:7
**enforcement**
2:4, 3:3
**escamilla**
7:13
**excerpt**
2:3, 2:4, 2:9,
2:14, 2:18, 3:2,
6:4, 9:14, 14:1
**exclusively**
11:13
**expressly**
3:16

**F**

**fairly**
5:24

**far**
11:13
**favor**
5:25, 13:21
**favorably**
13:2, 13:5,
13:20
**favorite**
13:2
**february**
2:15, 9:15
**federal**
4:3, 6:16,
6:20, 10:13,
10:16, 10:20,
11:11, 11:15,
13:13, 14:25
**female**
14:5
**few**
12:20
**fillmore**
7:13, 7:14
**financial**
16:9
**fine**
11:5
**firm**
4:16, 4:17
**firms**
4:6
**first**
6:7, 6:8, 7:2,
7:4, 9:10, 9:17,
13:3, 13:5,
13:20, 15:15,
15:19
**fixes**
11:17
**floor**
2:9, 2:18,
5:22, 6:4, 13:3,
14:1
**foregoing**
16:3
**forward**
10:17
**found**
4:4, 10:1

**full**
13:5
**further**
12:12, 13:19

**G**

**gather**
3:13
**general**
1:7
**gibson**
7:21, 7:22
**go**
3:5, 9:16,
11:21, 12:13,
12:24, 15:18
**going**
3:5, 3:15,
5:16, 6:24, 8:5
**good**
4:18, 12:17
**great**
12:8
**grove**
3:22, 10:10,
14:19
**grover**
7:15, 7:16
**guys**
13:25

**H**

**hands**
5:10, 5:13
**happen**
15:3
**happening**
15:1
**happy**
15:8
**harper**
7:17, 7:18
**heard**
5:5, 5:12
**hearing**
5:13
**here**
4:16, 8:11,

12:6
**hereby**
16:2
**highlight**
9:22
**hinkins**
7:19, 7:20
**house**
1:6, 1:9, 1:13,
2:14, 2:18,
9:13, 9:14,
13:3, 13:6, 14:1
**however**
10:9

**I**

**info**
2:10, 2:19
**information**
1:11, 3:11,
3:13, 6:5, 6:9,
9:18, 10:5,
11:10, 14:2,
14:6, 14:15,
15:16, 16:6
**inside**
15:5
**intended**
4:9, 11:18
**intent**
11:2, 13:11
**interest**
16:8
**interpretation**
13:10

**J**

**january**
2:6, 3:3
**job**
1:24
**johnson**
7:23, 7:24
**judiciary**
2:4, 2:14, 3:2,
9:14, 14:7
**justice**
2:5, 3:3

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025

20

**K**

keep
15:4
kind
13:8
kirk
1:8
know
11:4, 11:13
kwan
7:25, 8:1

**L**

lake
1:2, 1:15
lauren
1:19, 16:2,
16:14
law
2:4, 3:2, 4:1,
4:6, 4:11, 4:15,
4:17, 5:4, 6:17,
10:18, 11:11,
12:3, 13:9,
14:13
laws
14:21
lawsuit
10:6, 10:17,
14:16
lawsuits
3:19, 10:4,
14:14
lawyer
4:15, 14:12
layman's
11:25
legally
3:9, 9:22,
14:11
legislature
3:16, 4:9,
4:20, 6:15, 11:2
let's
3:21, 13:14
lights
12:12, 13:19

line
12:23
listening
4:19
little
14:12
llc
16:15
looking
5:17
loophole
11:15, 11:17
loubet
1:9, 2:20,
12:25, 13:1,
13:7, 13:17,
14:3, 14:8,
14:9, 14:10,
15:11, 15:12,
15:13

**M**

madam
14:4
making
14:16
male
6:7, 14:4
many
10:1, 10:2
march
1:21, 16:16
maybe
12:21
mccay
8:2, 8:3
mckell
5:9, 8:4, 8:5
mean
11:7, 13:8
means
12:1
member
3:5, 4:14,
4:25, 5:7, 5:19,
5:21, 5:23, 6:2,
6:24, 7:3, 7:7,
7:9, 7:11, 7:13,

7:15, 7:17,
7:19, 7:21,
7:23, 7:25, 8:2,
8:4, 8:6, 8:8,
8:10, 8:12,
8:14, 8:16,
8:18, 8:20,
8:22, 8:24, 9:1,
9:3, 9:5, 9:7,
9:9, 9:16,
11:21, 12:11,
12:19, 13:4,
13:14, 13:18,
13:23, 14:9,
15:10, 15:14
members
6:1, 13:22
merchants
12:15
might
3:13, 11:5
millner
8:6, 8:7
motion
5:23, 5:25,
6:25, 7:1, 13:4,
13:20
move
5:17, 10:16,
10:23, 10:25,
13:2
musselman
8:8, 8:9

**N**

nature
9:22, 10:12,
10:18, 14:23,
14:25, 15:8
nay
9:11
necessarily
4:22
necessary
13:11
neither
16:7
next
3:5

nobody
3:17, 12:23
non
3:12, 6:8,
9:17, 14:14
non-public
3:11, 10:5,
11:9, 14:6,
15:16
none
15:11
nonpublic
1:11, 2:10,
2:19, 6:5, 14:2
north
1:14
note
5:24
notice
3:14
number
3:6, 5:17, 9:16

**O**

okay
3:8, 5:10,
5:23, 11:21,
11:25, 12:8,
12:11, 12:22,
12:23, 13:4,
13:18
one
9:12
online
12:20
open
9:25, 12:12,
15:15
opposed
4:11, 6:2,
6:19, 6:23,
13:23
order
12:16
other
10:1, 10:2
otherwise
16:9

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025

21

| | | | |
|---|---|---|---|
| **out** | **plaintiff** | **public** | 14:10, 15:10, |
| 10:1 | 4:6, 11:12 | 3:13, 5:11, | 15:12, 15:13 |
| **outcome** | **plaintiff's** | 5:13, 6:9, 9:18, | **representatives** |
| 16:9 | 4:6 | 12:12, 12:24, | 1:6, 1:13 |
| **outside** | **planet** | 14:15 | **required** |
| 4:6, 11:14, | 16:15 | **purposes** | 4:21 |
| 15:2, 15:5 | **please** | 4:3 | **retail** |
| **over** | 4:25 | **puts** | 12:15 |
| 10:9, 10:25 | **plumb** | 4:10 | **riebe** |
| **owens** | 8:14, 8:15 | | 8:16, 8:17 |
| 8:10, 8:11 | **plus** | **Q** | **right** |
| **own** | 3:15 | **question** | 4:3, 4:4, 4:11, |
| 14:18 | **policy** | 7:3 | 4:12, 5:10, |
| | 9:23, 10:7, | **questions** | 6:23, 9:20, |
| **P** | 11:5, 11:8, | 5:9, 11:22, | 10:16, 10:22, |
| **page** | 14:13, 14:17, | 15:9 | 11:1, 11:19, |
| 2:3 | 15:5 | | 12:23, 13:19, |
| **pages** | **present** | **R** | 14:18, 14:24, |
| 1:25 | 15:17, 15:18 | **really** | 15:7 |
| **part** | **presentation** | 9:23 | **rights** |
| 12:2, 14:16 | 4:13 | **recall** | 3:23, 3:24 |
| **parties** | **president** | 10:8 | **roll** |
| 16:8 | 6:11, 9:9, | **received** | 7:4 |
| **partner** | 9:10, 12:15, | 9:11 | **rules** |
| 4:15 | 15:22 | **recent** | 6:2, 10:13 |
| **pass** | **private** | 13:10, 14:19 | |
| 7:2, 7:4 | 14:18 | **recognized** | **S** |
| **passed** | **problem** | 10:24, 10:25 | **said** |
| 3:10, 3:16, | 5:6 | **recommend** | 3:17, 14:21, |
| 15:20 | **procedural** | 5:17, 5:24, | 16:4 |
| **passes** | 3:23, 4:3, | 13:2, 13:5, | **salt** |
| 4:16, 6:3, | 4:12, 6:19, | 13:20 | 1:2, 1:15 |
| 9:12, 13:23 | 6:23, 10:12, | **record** | **sandall** |
| **people** | 10:18, 10:21, | 16:3 | 8:18, 8:19 |
| 14:17 | 11:15, 14:23, | **recorded** | **saw** |
| **person** | 14:24, 15:8 | 16:4 | 6:15 |
| 5:11 | **procedure** | **recording** | **say** |
| **personal** | 10:13, 15:7 | 15:23, 16:6 | 4:24, 5:25, |
| 1:11, 2:10, | **procedures** | **related** | 10:8, 10:11, |
| 2:19, 3:11, | 6:17, 14:25 | 4:8, 16:7 | 13:21 |
| 3:13, 6:5, 6:9, | **proceedings** | **remedies** | **saying** |
| 9:18, 10:5, | 16:4 | 3:25, 4:4 | 12:6 |
| 11:10, 14:2, | **prohibited** | **representative** | **says** |
| 14:6, 15:16 | 3:18 | 11:23, 11:24, | 4:20, 11:18, |
| **pitcher** | **proper** | 12:5, 12:8, | 14:14 |
| 8:12, 8:13 | 3:14 | 12:25, 13:1, | **sb** |
| **place** | **provided** | 13:7, 13:17, | 2:19, 4:10, |
| 13:19 | 3:18 | 14:8, 14:9, | 5:22, 9:17, |

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025

22

13:3, 13:5,
13:21, 14:2,
15:15, 15:19
**see**
3:21, 13:14
**seeing**
5:13, 6:24,
12:11, 13:19,
15:11, 15:16,
15:18
**seeking**
3:25
**seems**
12:16
**seen**
5:25
**selling**
3:12, 10:4,
14:14
**senate**
2:4, 2:9, 3:2,
3:7, 6:4, 6:7,
6:8, 7:2, 7:4,
9:10, 12:21,
14:5, 15:21
**senator**
3:6, 3:8, 4:24,
5:1, 5:9, 5:15,
5:16, 5:20,
5:22, 6:9, 6:11,
6:25, 7:1, 7:6,
7:8, 7:10, 7:12,
7:14, 7:16,
7:18, 7:20,
7:22, 7:24, 8:1,
8:3, 8:5, 8:6,
8:7, 8:9, 8:10,
8:11, 8:13,
8:15, 8:17,
8:19, 8:21,
8:23, 8:25, 9:2,
9:4, 9:6, 9:8,
9:18, 9:20,
11:25, 12:4,
12:7, 12:10,
13:14, 13:16,
13:25, 14:7,
15:18

**senators**
7:5
**sent**
9:13, 15:21
**separate**
4:1
**session**
1:7
**severable**
4:2, 4:12
**severed**
3:24
**shady**
3:22, 10:10,
14:19
**shall**
7:4
**should**
5:4, 6:16,
11:8, 12:17
**show**
5:10
**signature**
15:22
**signature-sc3**
16:12
**signed**
15:21
**simply**
4:10
**since**
10:8, 14:17
**some**
11:4, 14:21
**something**
13:8
**somewhat**
3:9, 9:21
**speak**
13:6, 14:12
**speaker**
6:7, 14:4,
14:11, 15:21
**spealer**
14:5
**spoke**
12:21
**sponsor**
1:8, 1:9

**sponsors**
14:8
**state**
1:1, 1:14, 4:1,
4:15, 5:4, 5:5,
10:3, 10:18,
11:12, 13:12
**statute**
6:18, 14:22
**statutory**
3:18
**stevenson**
8:20, 8:21
**still**
14:18
**stratton**
8:22, 8:23
**sub**
9:10, 10:15,
13:3, 13:5,
13:21
**subject**
5:3
**subsection**
4:2, 10:20
**subsitive**
11:19
**substantive**
3:24, 4:4,
4:11, 6:19,
6:23, 10:16,
10:22, 11:1,
14:24, 15:7
**substitute**
6:7, 6:8, 7:2,
9:17, 14:5,
15:15, 15:19
**substituted**
6:18
**suggested**
3:22
**suing**
4:7, 11:14
**suite**
1:14
**suits**
4:7, 6:13
**summation**
15:12, 15:14

**supporting**
16:6
**supportive**
10:2
**supreme**
3:22, 10:9,
14:19

**T**

**talked**
11:3
**technical**
3:9, 9:22,
14:11
**terms**
11:25
**thank**
3:8, 4:23, 6:3,
6:11, 7:3, 9:20,
11:21, 11:24,
12:8, 12:11,
12:13, 12:14,
13:1, 13:25,
14:10, 15:10
**thanks**
12:18
**thatcher**
8:24, 8:25
**therefore**
6:20
**thing**
4:18
**think**
4:17, 5:7,
13:8, 13:10
**three**
3:6
**today**
12:17
**transactions**
3:14
**transcribed**
1:18, 16:5
**transcriber**
16:1
**transcript**
16:3
**transcription**
1:21

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025                                                                23

**true**
16:3
**trying**
15:4
**two**
9:16
**type**
10:6
**types**
3:25, 10:11

**U**

**unanimously**
6:3, 13:24
**unawares**
12:22
**under**
5:4, 6:18,
10:13
**underlying**
11:5, 11:7,
12:2
**understood**
13:9
**upfront**
4:22
**using**
11:14
**utah**
1:1, 1:6, 1:13,
1:15, 3:10, 4:6,
4:7, 4:16, 5:2,
5:5, 6:13, 6:21,
9:23, 10:3,
10:7, 10:20,
10:24, 11:12,
11:14, 11:16,
12:15, 14:13,
15:2, 15:4

**V**

**versus**
14:19
**vickers**
9:1, 9:2
**violation**
3:20
**virtually**
5:12

**vote**
7:4, 12:17,
14:8
**voted**
15:17, 15:19
**votes**
9:11, 9:12,
15:20
**voting**
15:15, 15:17,
15:19

**W**

**waive**
15:13
**waived**
15:14
**want**
4:14, 4:18,
9:22, 10:8, 13:6
**way**
13:12
**we'll**
5:13, 9:16
**we're**
3:5, 4:21,
12:6, 15:4
**we've**
4:5
**weiler**
9:3, 9:4
**whatever**
10:5
**whether**
11:8, 14:23
**wilson**
9:5, 9:6
**winterton**
9:7, 9:8
**wisdom**
6:15
**within**
5:5, 15:4
**without**
3:14

**Y**

**yay**
9:11

**yeah**
4:25, 5:7,
5:21, 12:10
**years**
3:15, 6:15,
10:9, 10:25
**yesterday**
6:12

**Z**

**zero**
9:11, 15:20

**0**

**00**
2:12, 2:16,
2:21, 6:6, 9:15,
14:3
**01**
2:7, 3:4
**02**
2:7, 3:4
**04**
2:16, 2:21,
9:15, 14:3
**06**
2:16, 9:15

**1**

**1**
6:7, 14:4, 14:5
**10**
1:21, 16:16
**1001**
14:8
**12**
2:9, 2:16, 6:5,
9:15
**14**
2:21
**150**
2:10, 2:19,
3:7, 4:10, 5:20,
5:21, 5:22, 6:5,
6:8, 7:2, 7:4,
9:11, 9:17,
13:3, 13:5,
13:21, 14:2,

**14:6, 15:15,**
15:19
**16**
1:25
**18**
2:12, 6:6
**19**
2:12, 6:6
**1sb**
2:10, 6:5

**2**

**2**
2:9, 2:18, 6:5,
14:2
**20**
2:12, 2:15,
3:15, 6:6, 6:15,
9:15, 10:9,
10:25
**2000**
3:21
**2003**
3:10, 3:16,
10:8, 14:17
**2010**
3:21
**2025**
1:7, 1:21, 2:6,
2:9, 2:15, 2:18,
3:4, 6:5, 9:15,
14:2, 16:16
**23**
2:9, 6:4
**25**
2:15, 9:15
**26**
2:18, 14:2
**28**
9:11

**3**

**31**
2:6, 3:4
**32**
2:7, 3:4
**35**
2:7, 3:4

Transcript of Utah Legislative Proceedings
Conducted on March 10, 2025                                              24

**350**
1:14
**36**
2:18, 14:1

**4**

**49**
2:16, 9:15

**5**

**52**
2:7, 2:21, 3:4,
14:3
**53**
2:12, 2:21,
6:6, 14:3
**57**
2:21, 14:3
**575819**
1:24

**6**

**61**
15:20

**8**

**84114**
1:15

**9**

**92**
16:12