# EXHIBIT F

**75-7-416 Modification to achieve settlor's tax objectives.**

To achieve the settlor's tax objectives, the court may modify the terms of a trust in order to achieve the settlor's tax objectives. The court may provide that the modification has retroactive effect.

Enacted by Chapter 89, 2004 General Session