IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHANNON ARNSTEIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SUNDANCE HOLDINGS GROUP, LLC, <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br> Case No. 2:24-cv-00344-RJS-DAO <br><br> Chief District Judge Robert J. Shelby <br><br> Magistrate Judge Daphne A. Oberg |

IT IS HEREBY ORDERED AND ADJUGED that judgment is entered in favor of Defendant.

SO ORDERED this 5th day of May 2025.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge