## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SHANNON ARNSTEIN; DANA BASSETT; MARTIKA GARTMAN; SUELLEN HENDRIX; DEBRA MACKLIN; JEANINE MARK; MICHELLE MEINHOLD; MARIE MICHELS; JILLI OYENQUE; BARBARA PORTER; and ELIZABETH WUEBKER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br> v.<br><br>SUNDANCE HOLDINGS GROUP, LLC,<br><br>    Defendant. | Case No. 2:24-cv-00344-RJS<br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs appeal to the United States Court of Appeals for the Tenth Circuit from the Order granting Defendant's motion to dismiss Plaintiffs' First Amended Complaint and Judgment (ECF Nos. 62-63) entered by the district court on May 5, 2025.

Dated: May 5, 2025

Respectfully submitted,

/s/ Frank S. Hedin
FRANK S. HEDIN

**HEDIN LLP**
FRANK S. HEDIN (*pro hac vice*)
ELLIOT O. JACKSON (*pro hac vice*)

-and-

**PETERS | SCOFIELD**
DAVID W. SCOFIELD

*Counsel for Plaintiffs and Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2025, I caused a true and correct copy of the forgoing to be filed in this Court's CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ *Frank S. Hedin*
Frank S. Hedin