# United States District Court
# District of Utah



**Gary P. Serdar**
Clerk of Court

**Alison J. Adams**
Chief Deputy Clerk

May 6, 2025

Frank Hedin
HEDIN LLP
1395 BRICKELL AVE STE 610
MIAMI, FL 33131

RE:   NOTICE OF APPEAL
       Arnstein et al v. Sundance Holdings Group, L.L.C.
       Plaintiff/Appellant  Defendant/Appellee
       Lower Docket:  2:24-cv-00344-RJS

The notice of appeal for this case has been filed.

**RETAINED** Counsel for the appellant is instructed to download the "Initial Appeal Documents and Instructions" for this appeal from www.ca10.uscourts.gov  In addition, counsel will need to download the "Designation of Record" form from the 10th Circuit web site.  Please follow the instructions for Transcript Order Form and Docketing Statement (all parties represented by counsel) regarding counsel's responsibility for compliance. For specific requirements concerning transcripts, records on appeal, briefs and appendices to briefs, please refer to the Federal Rules of Appellate Procedure and the Rules of the Tenth Circuit Court of Appeals. Rules of the Tenth Circuit are available at www.ca10.uscourts.gov.

Counsel and the Tenth Circuit will receive the following via CM/ECF (If counsel or party are not e-filers, they will receive these documents by mail): Order/Judgment being appealed from, Notice of Appeal, Letter of Transmission of the Preliminary Record on Appeal, Docket Sheet. This case does not contain any sealed entries or documents.

Sincerely,

Gary P. Serdar, Clerk

By:/s/
Jennifer Jensen
Generalist Clerk

**cc**: Clerk, U.S. Court of Appeals, Tenth Circuit
Court Reporter:  Ed Young
District: 1088
Jurisdiction: Diversity
Fee Status: Paid

Judge Robert J. Shelby
Counsel of Record
Division: Central