# United States District Court
# District of Utah



**Gary P. Serdar**
Clerk of Court

**Alison J. Adams**
Chief Deputy Clerk

May 30, 2025

Christopher M. Wolpert, Clerk
United States Court of Appeals
for the Tenth Circuit
1823 Stout Street
Denver, CO 80257

—

RE:   25-4057
      Arnstein et al v. Sundance Holdings Group, L.L.C.
      Lower Docket: 2:24-cv-00344-RJS

Dear Clerk of Court:

   Please be advised that the record is complete for the purposes of appeal.

Sincerely,

Gary P. Serdar, Clerk


By:/s/
Jennifer Jensen
Generalist Clerk

cc: Counsel of Record

Orrin G. Hatch United States Courthouse • 351 S. West Temple, Rm 1.100, Salt Lake City, UT
84101 • (801) 524-6100 • www.utd.uscourts.gov