Jordan K. Cameron (12051)
**CAMERON RINGWOOD, LC**
6975 Union Park Ave, Suite 600
Cottonwood Heights, UT 84047
Telephone: (385) 463-2425
jordan@cameronringwood.com

Elizabeth C. Rinehart (*pro hac vice*)
**VENABLE LLP**
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 528-4646
lcrinehart@venable.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHANNON ARNSTEIN, *et al.* Plaintiffs, vs. SUNDANCE HOLDINGS GROUP, L.L.C., Defendant. | **NOTICE OF SUGGESTION OF BANKRUPTCY AND AUTOMATIC STAY** Civil No. 2:24-cv-00344-RJS-DAO Judge Robert J. Shelby Magistrate Daphne A. Oberg |

COMES NOW, Defendant Sundance Holdings Group, LLC, and respectfully notifies this Court and Plaintiffs that *an Involuntary Petition for Bankruptcy* (attached as Exhibit A) has been filed against Defendant, Sundance Holdings Group, LLC, on July 2, 2025, under Chapter 7 of the United States Code in the United States Bankruptcy Court for the District of Delaware, Case No. 25-11274. Pursuant to 11 U.S.C. § 362, the filing of a bankruptcy petition operates as an automatic stay of the continuation of this proceeding.

| | |
|---|---|
| DATED this 23rd day of July 2025. | Respectfully submitted,<br><br>By: */s/ Elizabeth C. Rinehart*<br>Elizabeth C. Rinehart (*pro hac vice*)<br>**VENABLE LLP**<br>750 E. Pratt Street, Suite 900<br>Baltimore, MD 21202<br>(410) 528-4646<br>lcrinehart@venable.com<br><br>Jordan K. Cameron<br>**CAMERON RINGWOOD, LC**<br>6975 Union Park Ave, Suite 600<br>Cottonwood Heights, UT 84047<br>(385) 463-2425<br>jordan@cameronringwood.com<br><br>*Attorneys for Defendant* |

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of July 2025, a true and correct copy of the foregoing was served via this Court's CM/ECF system upon all counsel of record.

>*/s/ Elizabeth C. Rinehart*
> Elizabeth C. Rinehart
>
> *Attorney for Defendant*