# EXHIBIT A

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____ District of **Delaware** (State) |
| Case number (if known): _____ Chapter **7** |

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☑ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**: Sundance Holdings Group, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   Sundance Living

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   2 0 - 1 1 3 0 3 5 9
   EIN

5. **Debtor's address**

   **Principal place of business**

   3865 West 2400 South
   Number    Street

   Salt Lake City    UT    84120
   City              State   ZIP Code

   Salt Lake County
   County

   **Mailing address, if different**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

Official Form 205            Involuntary Petition Against a Non-Individual            page 1

| Debtor | Sundance Holdings Group, LLC | Case number (if known) |
|---|---|---|
| | Name | |

### 6. Debtor's website (URL)
https://www.sundanceliving.com/

### 7. Type of debtor
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

### 8. Type of debtor's business
*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the types of business listed.
☐ Unknown type of business.

### 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

☑ No
☐ Yes. Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
                            MM / DD / YYYY

Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
                            MM / DD / YYYY

## Part 3: Report About the Case

### 10. Venue
*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

### 11. Allegations
Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☑ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

### 12. Has there been a transfer of any claim against the debtor by or to any petitioner?

☐ No

☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor   Sundance Holdings Group, LLC
         Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of Petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Kyra Kreations Inc. | Goods sold | $1,473,868.95 |
| Volo Fin Pte. Ltd. | Goods sold (factor claim) | $ 544,281.70 |
| Aalamwaar Inc. | Goods sold | $ 88,044.00 |
| Malani Impex Inc. | Goods sold | $ 23,661.00 |
| Fashion Avant Garde Designs Pvt. Ltd. | Goods sold | $ 430,887.50 |
| | Total of petitioners' claims: | $ 2,560,743.15 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Volo Fin Pte. Ltd.
Name

20 Cecil St, #05-03 Plus
Number  Street

_____  Singapore  049705
City         State      ZIP Code

Name and mailing address of petitioner's representative, if any

Roshan Shah
Name

20 Cecil St, #05-03 Plus
Number  Street

_____  Singapore  049705
City         State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06 / 30 / 2025
             MM / DD / YYYY

X [signature]  Director
Signature of petitioner or representative, including representative's title

**Attorneys**

Zachary E. Mazur                Maria Aprile Sawczuk
Printed name

Sarachek Law Firm               Goldstein & McClintock LLLP
Firm name, if any

670 White Plains Rd. Fl PH      501 Silverside Road, Suite 65
Number  Street

Scarsdale, NY 10583             Wilmington, DE 19809
City                            State       ZIP Code

                646-519-4396         zachary@sarecheklawfirm.com
Contact phone   302-444-6710    Email marias@goldmclaw.com

Bar number      5706726 (NY)         3320(DE)

State           NY/DE

X [signature]
Signature of attorney

Date signed  _____
             MM / DD / YYYY

Official Form 205              Involuntary Petition Against a Non-Individual              page 3

Debtor  **Sundance Holdings Group, LLC**  Case number (if known) _____

### Name and mailing address of petitioner

Kyra Kreations Inc.
Name

260 West 39th Street Ste 702, 7th Floor
Number    Street

New York         NY         10018
City             State      ZIP Code

### Name and mailing address of petitioner's representative, if any

Amita Naithani
Name

260 West 39th Street Ste 702, 7th Floor
Number    Street

New York         NY         10018
City             State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/30/2025
             MM / DD /YYYY

✗ CEO
Signature of petitioner or representative, including representative's title

Printed name: Zachary E. Mazur    Maria Aprile Sawczuk

Firm name, if any: Sarachek Law Firm    Goldstein & McClintock LLLP

Number Street: 670 White Plains Rd. Fl PH    501 Silverside Road, Suite 65

City State ZIP Code: Scarsdale, NY 10583    Wilmington, DE 19809

Contact phone: 646-519-4396    Email: zachary@sarcheklawfirm.com
               ~~302-444-6710~~           marias@goldmclaw.com

Bar number: 5706726 (NY)    3320(DE)

State: NY/DE

✗ Signature of attorney

Date signed _____
            MM / DD /YYYY

---

### Name and mailing address of petitioner

Name _____

Number Street _____

City    State    ZIP Code

### Name and mailing address of petitioner's representative, if any

Name _____

Number Street _____

City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD /YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number Street _____

City    State    ZIP Code

Contact phone _____   Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD /YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

| Debtor | Sundance Holdings Group, LLC | Case number (if known) | |
|---|---|---|---|

**Name and mailing address of petitioner**

Name: Aalamwaar Inc (dba Alamwar)

Number Street: 3312 W Chartwell Road

City: Peoria  State: IL  ZIP Code: 61614

**Name and mailing address of petitioner's representative, if any**

Name: Vijaylakshmi Reddy

Number Street: 3312 W Chartwell Road

City: Peoria  State: IL  ZIP Code: 61614

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ MM / DD / YYYY

X *Vijaylakshmi Reddy* (signature)

Signature of petitioner or representative, including representative's title

Printed name: Zachary E. Mazur | Maria Aprile Sawczuk

Firm name, if any: Sarachek Law Firm | Goldstein & McClintock LLLP

Number Street: 670 White Plains Rd. Fl PH 5 | 01 Silverside Road, Suite 65

City: Scarsdale, NY 10583 | Wilmington, DE 19809

Contact phone: 646-519-4396 / 302-444-6710  Email: zachary@sarcheklawfirm.com / marias@goldmclaw.com

Bar number: 5706726 (NY) | 3320(DE)

State: NY/DE

X (signatures of attorneys)

Signature of attorney

Date signed _____ MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name:

Number Street:

City:  State:  ZIP Code:

**Name and mailing address of petitioner's representative, if any**

Name:

Number Street:

City:  State:  ZIP Code:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ MM / DD / YYYY

X *Vijaylakshmi Reddy* (signature)

Signature of petitioner or representative, including representative's title

Printed name:

Firm name, if any:

Number Street:

City:  State:  ZIP Code:

Contact phone:  Email:

Bar number:

State:

X

Signature of attorney

Date signed _____ MM / DD / YYYY

---

Official Form 205  Involuntary Petition Against a Non-Individual  page 4

Debtor  Sundance Holdings Group, LLC  
Name

Case number (if known) _____

### Name and mailing address of petitioner

Malani Impex Inc.  
Name  
E-192, RIICO Industrial Area  
Number  Street  
Mansarovar, Jaipur   Rajasthan  302020  
City  State  ZIP Code

### Name and mailing address of petitioner's representative, if any

Anshul Dosi  
Name  
E-192, RIICO Industrial Area  
Number  Street  
Mansarovar, Jaipur   Rajasthan 302020  
City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/30/2025  
MM / DD / YYYY

X _Anshul_ (signature)  
Signature of petitioner or representative, including representative's title

| | |
|---|---|
| Printed name | Zachary E. Mazur / Maria Aprile Sawczuk |
| Firm name, if any | Sarachek Law Firm / Goldstein & McClintock LLLP |
| Number Street | 670 White Plains Rd. Fl PH / 501 Silverside Road, Suite 65 |
| City State ZIP Code | Scarsdale, NY 10583 / Wilmington, DE 19809 |
| Contact phone | 646-519-4396 / 302-444-6710 |
| Email | zachary@sarascheklawfirm.com / marias@goldmclaw.com |
| Bar number | 5706726 (NY) / 3320(DE) |
| State | NY/DE |

X _(signatures)_  
Signature of attorney

Date signed _____  
MM / DD / YYYY

---

### Name and mailing address of petitioner

Name _____  
Number Street _____  
City  State  ZIP Code

### Name and mailing address of petitioner's representative, if any

Name _____  
Number Street _____  
City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____  
MM / DD / YYYY

X _____  
Signature of petitioner or representative, including representative's title

Printed name _____  
Firm name, if any _____  
Number Street _____  
City  State  ZIP Code  
Contact phone _____ Email _____  
Bar number _____  
State _____

X _____  
Signature of attorney

Date signed _____  
MM / DD / YYYY

Debtor: **Sundance Holdings Group, LLC**

Case number (if known) _____

---

**Name and mailing address of petitioner**

Fashion Avant Garde Designs Pvt. Ltd.
Name

Sector 57 Road, Block B-36
Number  Street

Noida, UP — India — 201301
City — State — ZIP Code

**Name and mailing address of petitioner's representative, if any**

Natalino Duo
Name

Sector 57 Road, Block B-36
Number  Street

Noida, UP — India — 201301
City — State — ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/30/2025
MM / DD / YYYY

X _____ Duo  • DIRECTOR
Signature of petitioner or representative, including representative's title

---

Printed name: Zachary E. Mazur | Maria Aprile Sawczuk
Firm name, if any: Sarachek Law Firm | Goldstein & McClintock LLLP
Number Street: 670 White Plains Rd. Fl PH | 501 Silverside Road, Suite 65
City/State/ZIP: Scarsdale, NY 10583 | Wilmington, DE 19809
Contact phone: 646-519-4398 / 302-444-6710
Email: zachary@sarachekslawfirm.com / marias@goldmclaw.com
Bar number: 5706726 (NY) | 3320(DE)
State: NY/DE

X _____ (signatures)
Signature of attorney

Date signed _____
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name _____
Number Street _____
City State ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name _____
Number Street _____
City State ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name _____
Firm name, if any _____
Number Street _____
City State ZIP Code _____
Contact phone _____ Email _____
Bar number _____
State _____

X _____
Signature of attorney

Date signed _____
MM / DD / YYYY