FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

October 28, 2025

_____

Christopher M. Wolpert  
Clerk of Court

SHANNON ARNSTEIN, et al.,

    Plaintiffs - Appellants,

v.

SUNDANCE HOLDINGS GROUP, LLC,

    Defendant - Appellee.

No. 25-4057  
(D.C. No. 2:24-CV-00344-RJS-DAO)  
(D. Utah)

_____

**ORDER**

_____

On July 29, 2025, the court abated this appeal pending bankruptcy proceedings. On October 20, 2025, Appellee filed a status report informing the court that the bankruptcy case was dismissed with prejudice. Accordingly, the abatement of this appeal is lifted. Appellee is relieved of its obligation to file status reports.

    Appellants shall file their opening brief and appendix within thirty days of the date of this order. Subsequent briefing will proceed in accordance with Federal Rule of Appellate Procedure 31.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk