FRANK S. HEDIN (*pro hac vice*)
ELLIOT O. JACKSON (*pro hac vice*)
**HEDIN LLP**
1395 Brickell Avenue, Suite 610
Miami, Florida 33131-3302
Telephone:    (305) 357-2107
Facsimile:    (305) 200-8801
E-Mail:        fhedin@hedinllp.com
              ejackson@hedinllp.com

DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone:    (801) 322-2002
Facsimile:    (801) 912-0320
E-Mail:        dws@psplawyers.com

*Counsel for Plaintiffs and Putative Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SHANNON ARNSTEIN; DANA BASSETT; MARTIKA GARTMAN; SUELLEN HENDRIX; DEBRA MACKLIN; JEANINE MARK; MICHELLE MEINHOLD; MARIE MICHELS; JILLI OYENQUE; BARBARA PORTER; and ELIZABETH WUEBKER, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-00344-RJS<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |
| Plaintiffs,<br>    v. | |
| SUNDANCE HOLDINGS GROUP, LLC, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| Defendant. | |

2

Pursuant to DUCivR 83-1.4(b)(1), Elliot O. Jackson files this notice of withdrawal as counsel based upon his acceptance of a clerkship with a U.S. Court of Appeals. Plaintiffs continue to be represented by David Scofield and Frank S. Hedin, who have appeared under DUCivR 83-1.3 and are aware of and will comply with all pending deadlines, hearings, and trial dates.

Dated: December 22, 2025                     Respectfully submitted,

                                             */s/ Elliot O. Jackson*

                                             **HEDIN LLP**
                                             ELLIOT O. JACKSON (*pro hac vice*)

                                             *Counsel for Plaintiffs and Putative Class*

2